MICHAEL F. HERTZ
  Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
  United States Attorney
VINCENT M. GARVEY
  Deputy Branch Director
ERIC B. BECKENHAUER, CSBN 237526
  Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al., | No. C 09-37 CW |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

The parties to this action, by and through undersigned counsel, hereby stipulate, subject to the approval of the Court, as follows:

1. Plaintiffs filed this action on January 7, 2009. The United States Attorney's Office was not served until March 10, 2009. Accordingly, Defendants' answer or other response to the Complaint is currently due on May 11, 2009. See Fed. R. Civ. P. 12(a)(2).

2. Pursuant to this Court's January 7, 2009, Order Setting Initial Case Management Conference and ADR Deadlines, the parties are required to file a joint case management statement on April 7, 2009, and to attend a case management conference on April 14, 2009.

3. In order to allow sufficient time for Defendants to review the allegations in the Complaint, and for the parties to confer to determine whether ADR would be beneficial and to prepare a joint case management statement, the parties — without waiving any rights under Rule 26 or the Court's Order Setting Initial Case Management Conference and ADR Deadlines — hereby respectfully request that the Court extend the dates in its Scheduling Order as follows:

| | |
|---|---|
| Last day to complete meet and confer conference pursuant to Rule 26(f): | April 30, 2009 |
| Last day to file ADR Certification: | May 26, 2009 |
| Last day to file Rule 26(f) Report: | June 9, 2009 |
| Initial Case Management Conference: | June 16, 2009, at 2:00 p.m. |

Dated: March 24, 2009

Respectfully submitted,

| | |
|---|---|
| GORDON P. ERSPAMER<br>TIMOTHY W. BLAKELY<br>ADRIANO HRVATIN<br>KIMBERLY L. TAYLOR<br>STACEY M. SPRENKEL<br><br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6411<br>Facsimile: (415) 268-7522<br>E-mail: GErspamer@mofo.com<br><br>By:  /s/ *Timothy W. Blakely*<br>      TIMOTHY W. BLAKELY<br><br>Attorneys for Plaintiffs | MICHAEL F. HERTZ<br>  Acting Assistant Attorney General<br><br>JOSEPH P. RUSSONIELLO<br>  United States Attorney<br><br>VINCENT M. GARVEY<br>  Deputy Branch Director<br><br> /s/ *Eric B. Beckenhauer*<br>ERIC B. BECKENHAUER, CSBN 237526<br>  Trial Attorney<br>  U.S. Department of Justice<br>  Civil Division, Federal Programs Branch<br>  20 Massachusetts Ave. NW<br>  Washington, DC 20530<br>  Telephone: (202) 514-3338<br>  Facsimile: (202) 616-8470<br>  E-mail: eric.beckenhauer@usdoj.gov<br><br>Attorneys for Defendants |

**ORDER**

Pursuant to stipulation, it is **SO ORDERED**.

Dated: 3/31/09

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge