MICHAEL F. HERTZ
 Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
 United States Attorney
VINCENT M. GARVEY
 Deputy Branch Director
ERIC B. BECKENHAUER, CSBN 237526
 Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al., | No. C 09-37 CW |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ENTER BRIEFING SCHEDULE; AND ORDER** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

The parties to this action, by and through undersigned counsel, hereby stipulate, subject to the approval of the Court, as follows:

1. Defendants' answer or other response to the Complaint is currently due on May 11, 2009. See Fed. R. Civ. P. 12(a)(2).

2. In order to allow sufficient time for Defendants to review the allegations in the Complaint and to prepare a considered response, and for the parties, and the Court, to address the legal issues raised by this case, Defendants' deadline to respond to the Complaint is extended until June 12, 2009, and the following briefing schedule is entered:

| | |
|---|---|
| Defendants' dispositive motion due: | June 12, 2009 |
| Plaintiffs' opposition due: | July 24, 2009 |
| Defendants' reply due: | August 14, 2009 |
| Hearing on Defendants' motion: | September 17, 2009, at 2:00 p.m. |

Dated: May 11, 2009

Respectfully submitted,

| | |
|---|---|
| GORDON P. ERSPAMER<br>TIMOTHY W. BLAKELY<br>ADRIANO HRVATIN<br>KIMBERLY L. TAYLOR<br>STACEY M. SPRENKEL | MICHAEL F. HERTZ<br>  Deputy Assistant Attorney General<br><br>JOSEPH P. RUSSONIELLO<br>  United States Attorney |
| Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-6411<br>Facsimile: (415) 268-7522<br>E-mail: GErspamer@mofo.com<br><br>By:  /s/ *Timothy W. Blakely*<br>      TIMOTHY W. BLAKELY<br><br>Attorneys for Plaintiffs | VINCENT M. GARVEY<br>  Deputy Branch Director<br><br> /s/ *Eric B. Beckenhauer*<br>ERIC B. BECKENHAUER, CSBN 237526<br>  Trial Attorney<br>  U.S. Department of Justice<br>  Civil Division, Federal Programs Branch<br>  20 Massachusetts Ave. NW<br>  Washington, DC 20530<br>  Telephone: (202) 514-3338<br>  Facsimile: (202) 616-8470<br>  E-mail: eric.beckenhauer@usdoj.gov<br><br>Attorneys for Defendants |

**ORDER**

Pursuant to stipulation, it is **SO ORDERED**.

5/12/09

Dated: _____            _____
                                                                              CLAUDIA WILKEN
                                                                              United States District Judge

No. C 09-37 CW
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ENTER BRIEFING SCHEDULE    2