UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>            Defendants.<br>_____/ | No. C 09-37 CW<br><br>[~~PROPOSED~~] ORDER |

Pursuant to stipulation and ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: May 29, 2009

_____
CLAUDIA WILKEN
United States District Judge

No. C 09-37 CW
Joint Request for Exemption from Formal ADR Process