IAN GERSHENGORN
   Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
   United States Attorney
VINCENT M. GARVEY
   Deputy Branch Director
CAROLINE LEWIS WOLVERTON, District of Columbia Bar No. 496433
   Trial Attorney
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   P.O. Box 883
   Washington, D.C. 20044
   Telephone: (202) 514-0265
   Facsimile: (202) 616-8470
   E-mail: caroline.lewis-wolverton@usdoj.gov

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendants. | Case No. CV 09-0037-CW <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT, TO ENTER BRIEFING SCHEDULE AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |

The parties to this action, by and through undersigned counsel, hereby stipulate, subject to the approval of the Court, as follows:

1. Plaintiffs filed their First Amended Complaint on July 24, 2009.

2. Defendants' answer or other response to the First Amended Complaint is currently due on August 10, 2009. Defendants plan to file a motion to dismiss the First Amended Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3. In order to allow sufficient time for the parties and the Court to address the legal issues raised by this case, Defendants' deadline to respond to the First Amended Complaint is extended until August 14, 2009, and the following briefing schedule is entered:

| | |
|---|---|
| Defendants' motion to dismiss due: | August 14, 2009 |
| Plaintiffs' opposition due: | September 18, 2009 |
| Defendants' reply due: | October 9, 2009 |
| Hearing on Defendants' motion: | October 29, 2009, at 2:00 p.m. |

4. In light of the previous scheduling of the Initial Case Management Conference for the same time as the hearing on Defendants' motion to dismiss the original Complaint, the Initial Case Management Conference will be continued to October 29, 2009, at 2:00 p.m.

Dated: July 31, 2009

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

| | |
|---|---|
| 3  GORDON P. ERSPAMER<br>TIMOTHY W. BLAKELY<br>4  ADRIANO HRVATIN<br>STACEY M. SPRENKEL<br>5<br>By: */s/ Adriano Hrvatin*<br>6  ADRIANO HRVATIN<br>7  Morrison & Foerster LLP<br>425 Market Street<br>8  San Francisco, CA 94105<br>Telephone: (415) 268-6207<br>9  Facsimile: (415) 268-7522<br>E-mail: AHrvatin@mofo.com<br>10<br>Attorneys for Plaintiffs | IAN GERSHENGORN<br>Deputy Assistant Attorney General<br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br>VINCENT M. GARVEY<br>Deputy Branch Director<br><br>*/s/ Caroline Lewis Wolverton*<br>CAROLINE LEWIS WOLVERTON<br>District of Columbia Bar No. 496433<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., NW<br>Washington, DC 20530<br>Telephone: (202) 514-0265<br>Facsimile: (202) 616-8470<br>E-mail: caroline.lewis-wolverton@usdoj.gov<br><br>Attorneys for Defendants |

**ORDER**

PURSUANT TO STIPULATION IT IS **SO ORDERED.**

DATED:  8/4/09    _____
           CLAUDIA WILKEN
           United States District Judge

---

NO. C 09-37 CW
STIP. TO EXTEND TIME TO RESP. TO FAC, TO ENTER BRIEFING SCH. & TO CONTINUE CMC; [PROPOSED] ORDER

**GENERAL ORDER 45 ATTESTATION**

I, Caroline Lewis Wolverton, am the ECF User filing this Stipulation to Extend Time to Respond to First Amended Complaint, to Enter Briefing Schedule and to Continue Initial Case Management Conference; [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that ADRIANO HRVATIN has concurred in this filing.

Dated: July 31, 2009                         /s/ Caroline Lewis Wolverton

                                             Caroline Lewis Wolverton
                                             Attorney for Defendants