GORDON P. ERSPAMER (CA SBN 83364)
gerspamer@mofo.com
TIMOTHY W. BLAKELY (CA SBN 242178)
tblakely@mofo.com
ADRIANO HRVATIN (CA SBN 220909)
ahrvatin@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
ssprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
Vietnam Veterans of America; Swords to Plowshares:  Veterans Rights Organization; Bruce Price; Franklin D. Rochelle; Larry Meirow; Eric P. Muth; David C. Dufrane; and Wray C. Forrest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>Defendants. | Case No. CV 09-0037-CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby respectfully stipulate,
2  subject to the Court's consideration and approval, as follows:
3    1. On August 4, 2009, the Court entered a briefing and hearing schedule in
4  connection with Defendants' anticipated motion to dismiss Plaintiffs' First Amended Complaint
5  (the "Motion") pursuant to a stipulation submitted by the parties.  (*See* Docket No. 33.)  The
6  Court's order also continued the Initial Case Management Conference to coincide with the
7  continued hearing date on the Motion.  (*Id.*)
8    2. On August 14, 2009, Defendants filed their Motion.  (*See* Docket No. 34.)
9    3. In support of the Motion, Defendants filed four declarations (Docket Nos. 34-1–
10 34-4) (the "Declarations"), each of which purported to attach documents consisting of "individual
11 Plaintiffs' records . . . submitted for filing under seal because they contain sensitive information
12 that is covered by the Privacy Act."  (Defs.' Mem. in Support of Mot. to Dismiss, at 11 n.9.)
13   4. When Defendants filed their Motion on August 14, 2009, Defendants did not serve
14 upon Plaintiffs a copy of the documents attached to the Declarations because the documents are
15 covered by the Privacy Act.  (*See* Declaration of Adriano Hrvatin in Support of Stipulation and
16 [Proposed] Order Extending Briefing and Hearing Schedule on Defendants' Motion to Dismiss
17 First Amended Complaint and to Continue Initial Case Management Conference ("Hrvatin
18 Decl."), ¶ 5.)
19   5. On August 31, 2009, the Court issued an order providing in relevant part that
20 "Defendants shall provide copies of the documents [attached to the Declarations] to Plaintiffs'
21 attorneys, who may disclose them only to the Plaintiff that they concern."  (Docket No. 39.)
22   6. On August 31, 2009, pursuant to the Court's order, Defendants provided Plaintiffs
23 with copies of the documents attached to the four Declarations.  (Hrvatin Decl. ¶ 7.)
24   7. Pursuant to the current briefing schedule on Defendants' Motion, Plaintiffs'
25 opposition is due Friday, September 18, 2009.  (*See* Docket No. 33.)
26   8. On September 3, 2009, counsel for Plaintiffs and Defendants met and conferred
27 regarding a proposed extension to the current briefing and hearing schedule on Defendants'
28 Motion.  Plaintiffs' counsel identified two issues to support a modification to the current

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-0037-CW
sf-2737694

1

1  schedule.  *First*, Plaintiffs' counsel identified that it had just three days earlier received for the first time documents on which Defendants rely in support of their contention that four of the six Individual Plaintiffs' claims here are barred in their entirety by the statute of limitations. Plaintiffs' counsel needs time to review those documents and confer with the Individual Plaintiffs to which those documents pertain.  *Second*, Plaintiffs' counsel gave notice that Timothy W. Blakely, a senior associate representing Plaintiffs in this matter, recently had emergency surgery for a ruptured appendix.  Mr. Blakely has been out of the office and unable to devote any significant amount of time to this matter due to the emergency surgery as well as complications arising from an ongoing infection following the surgery.  Defendants' counsel agreed that Defendants would not oppose a request for an extension as to the briefing schedule on Defendants' Motion.  (*See* Hrvatin Decl. ¶ 8.)

9.  On September 9, 2009, counsel for Plaintiffs and Defendants conferred further regarding an extension to the briefing schedule on Defendants' Motion.  To address the developments described above, counsel agreed to a modest two-week extension as to the deadlines set forth in the current scheduling order as follows (*id*. ¶ 9):

| | |
|---|---|
| Plaintiffs' opposition due: | October 2, 2009 |
| Defendants' reply due: | October 23, 2009 |
| Hearing on Defendants' motion: | November 12, 2009, at 2:00 p.m. |

10.  Given that the Initial Case Management Conference in this matter has been scheduled via prior stipulations and orders to coincide with the hearing on Defendants' Motion, the parties agree that the Initial Case Management Conference may be similarly continued to November 12, 2009, at 2:00 p.m.  (*Id*. ¶ 10.)

11.  This agreed-upon extension of the briefing and hearing schedule as to Defendants' Motion, as well as the date for the Initial Case Management Conference, is not submitted for the purpose of delay.  It instead attempts to provide a reasonable accommodation of the deadlines impacted by Defendants' recent disclosure of documents as well as the medical condition of an integral member of Plaintiffs' litigation team.  (*Id*. ¶ 11.)

12. The proposed extension further promotes judicial efficiency in that it will provide both parties with a more complete and fair opportunity to establish a record that sufficiently addresses the various arguments raised by Defendants' Motion.  In this connection, the parties agree that the brief extension to the schedule will not cause prejudice to either party.  (*See id.* ¶ 12.)

**IT IS SO STIPULATED.**

Dated:  September 10, 2009

GORDON P. ERSPAMER
TIMOTHY W. BLAKELY
ADRIANO HRVATIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP


By: ___s/ Gordon P. Erspamer_____
      Gordon P. Erspamer
      [gerspamer@mofo.com]

Attorneys for Plaintiffs

Dated:  September 10, 2009

IAN GERSHENGORN
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
CAROLINE LEWIS WOLVERTON
Trial Attorney
UNITED STATES
DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH


By: __s/ Caroline Lewis Wolverton_____
      Caroline Lewis Wolverton
      [caroline.lewis-wolverton@usdoj.gov]

Attorneys for Defendants

1  **[PROPOSED] ORDER**

2  On the stipulation of the parties, and good cause appearing:

4  **IT IS SO ORDERED.**

6  Dated: September __14__, 2009



Judge Claudia Wilken
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-0037-CW
sf-2737694

4