GORDON P. ERSPAMER (CA SBN 83364)
gerspamer@mofo.com
TIMOTHY W. BLAKELY (CA SBN 242178)
tblakely@mofo.com
ADRIANO HRVATIN (CA SBN 220909)
ahrvatin@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
ssprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Plaintiffs
Vietnam Veterans of America; Swords to Plowshares:  Veterans Rights Organization; Bruce Price; Franklin D. Rochelle; Larry Meirow; Eric P. Muth; David C. Dufrane; and Wray C. Forrest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br>Defendants. | Case No. CV 09-0037-CW <br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE** |

1      Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the parties hereby respectfully stipulate,

2 subject to the Court's consideration and approval, as follows:

3      1.      On August 14, 2009, Defendants filed a motion to dismiss Plaintiffs' First

4 Amended Complaint (the "Motion").  (*See* Docket No. 34.)

5      2.      On September 15, 2009, the Court entered a modified briefing and hearing

6 schedule in connection with the Motion, pursuant to a stipulation submitted by the parties.

7 (Docket No. 42.)  The Court's order also continued the Initial Case Management Conference to

8 November 12, 2009 so that it would coincide with the continued hearing date on the Motion.

9 (*Id*.)

10      2.3.      Pursuant to the modified briefing schedule, Plaintiffs filed an opposition to the

11 Motion on October 2, 2009 (Docket No. 43), and Defendants filed a reply in support of the

12 Motion on October 23, 2009 (Docket No 47).

13      3.4.      On October 27, 2009, counsel for Plaintiffs and Defendants conferred regarding a

14 continuance of the hearing date on Defendants' Motion and the Initial Case Management

15 Conference.  Plaintiffs' counsel identified that lead trial counsel for Plaintiffs on this matter,

16 Gordon Erspamer, has a scheduling conflict that will take him out of the country for the majority

17 of the month of November.  As lead trial counsel, Mr. Erspamer will argue on behalf of Plaintiffs

18 in opposition to Defendants' Motion (*see* Decl. of A. Hrvatin in Support of Stipulation and

19 [Proposed] Order ("Hrvatin Decl.") ¶ 5), and his attendance at the Initial Case Management

20 Conference is mandatory.  *See* Civil L.R. 16-10(a).  Defendants' counsel agreed to a continuance

21 of the hearing date on Defendants' Motion as well as the Initial Case Management Conference.

22 (Hrvatin Decl. ¶ 5.)

23      4.5.      Counsel agree to a brief three-week extension as to the deadlines set forth in the

24 current scheduling order so that the hearing on Defendants' Motion and the Initial Case

25 Management Conference shall be continued from November 12, 2009 to December 3, 2009, at

26 2:00 p.m.  (*Id*. ¶ 6.)

27      5.6.      This agreed-upon extension of the hearing schedule as to Defendants' Motion and

28 the Initial Case Management Conference is not submitted for the purpose of delay.  The stipulated

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-0037-CW
sf-2758263

1

1  continuance sets these matters on the first law-and-motion date available on the Court's calendar
2  following Mr. Erspamer's return to the country and the Thanksgiving holiday.  (*Id*. ¶ 7.)  The
3  stipulated continuance reflects the parties' good-faith and reasonable attempt to accommodate the
4  conflict presented by the schedule of lead trial counsel for Plaintiffs in this matter.  (*Id*.)

5       6.7.   The stipulated continuance further promotes judicial efficiency in that it will
6  provide both parties, through lead trial counsel, the opportunity to present their respective
7  positions on Defendants' Motion to the Court, and will permit lead trial counsel for Plaintiffs to
8  attend the Initial Case Management Conference.  In this connection, the parties agree that the
9  brief extension to the schedule will not cause prejudice to either party.  (*Id*. ¶ 8.)

10  **IT IS SO STIPULATED.**

11  Dated:  October 28, 2009             GORDON P. ERSPAMER
TIMOTHY W. BLAKELY
ADRIANO HRVATIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By:  \_\_\_s/ Gordon P. Erspamer_____
     Gordon P. Erspamer
     [gerspamer@mofo.com]

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: October 28, 2009 | IAN GERSHENGORN |
| 2 | | Deputy Assistant Attorney General |
| | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| | | VINCENT M. GARVEY |
| 4 | | Deputy Branch Director |
| | | CAROLINE LEWIS WOLVERTON |
| 5 | | Trial Attorney |
| | | UNITED STATES DEPARTMENT OF JUSTICE |
| 6 | | CIVIL DIVISION |
| | | FEDERAL PROGRAMS BRANCH |

By:   s/ Caroline Lewis Wolverton
         Caroline Lewis Wolverton
         [caroline.lewis-wolverton@usdoj.gov]

Attorneys for Defendants

**ORDER**

On the stipulation of the parties, and good cause appearing:

**IT IS SO ORDERED.**

Dated: October 29, 2009

_____
Honorable Claudia Wilken
United States District Court Judge

**GENERAL ORDER 45 ATTESTATION**

I, Gordon P. Erspamer, am the ECF User filing this Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motion to Dismiss First Amended Complaint and Initial Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Caroline Lewis Wolverton has concurred in this filing.

Dated: October 28, 2009

                                                   /s/ Gordon P. Erspamer
                                                      Gordon P. Erspamer

                                                Attorneys for Plaintiffs