1   IAN GERSHENGORN
        Deputy Assistant Attorney General
2   JOSEPH P. RUSSONIELLO
        United States Attorney
3   VINCENT M. GARVEY
        Deputy Branch Director
4   CAROLINE LEWIS WOLVERTON
        District of Columbia Bar No. 496433
5       Senior Counsel
        Telephone: (202) 514-0265
6       E-mail:  caroline.lewis-wolverton@usdoj.gov
    KIMBERLY L. HERB
7       Illinois Bar No. 6296725
        Trial Attorney
8       Telephone: (202) 305-8356
        Email: Kimberly.L.Herb@usdoj.gov
9   Civil Division, Federal Programs Branch
    U.S. Department of Justice
10  P.O. Box 883
    Washington, D.C.  20044
11  Facsimile:  (202) 616-8470

12  Attorneys for DEFENDANTS

13                  UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
14                      OAKLAND DIVISION

15  VIETNAM VETERANS OF AMERICA,         )
    *et al.*,                            )   Civil Action No. C 09-0037 CW
16                                       )
                    Plaintiffs,          )   STIPULATION TO EXTEND TIME TO
17                                       )   RESPOND TO DISCOVERY REQUESTS
                                         )   AND PRODUCE DOCUMENTS;
18          vs.                          )   AND ORDER
                                         )
19  CENTRAL INTELLIGENCE AGENCY,         )
    *et al.*,                            )
20                                       )
                    Defendants.          )
21  _____  )

22          Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through

23  undersigned counsel, hereby respectfully move to amend the time for Defendants' formal written

24  responses to Plaintiffs' First Set of Requests for Production of Documents (the "Requests") until

25  March 4, 2010 and for the production of responsive documents until March 25, 2010.  The

26  requested enlargement will not have any effect on the present schedule for the case.  In

27  accordance with Civil L.R. 6-2(a), this motion is supported by the Declaration of Kimberly L.

28  Herb, counsel for Defendants, filed herewith and a proposed order below.

STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS AND PRODUCE DOCUMENTS
C 09-0037 CW

1.      Defendants submit that the Declaration of Ms. Herb establishes good cause for the requested enlargement as follows:

a.      Pursuant to the Court's Order of January 19, 2010, Defendants must provide formal written responses to the Requests on February 18, 2010 and produce responsive documents thirty days later, which would be on March 22, 2010 under the Federal Rules of Civil Procedure.

b.      Defendants are in the process of searching for and producing documents in response to the Plaintiffs' Requests.  This process, however, has been significantly delayed over the past week due to weather conditions in Washington, D.C.   Federal government offices in Washington, D.C. were closed from mid-day Friday, February 5, 2010 through mid-morning Friday, February 12, 2010, and Edgewood Army Base and Fort Detrick remained closed throughout Friday, February 12, 2010.  Defendants and their counsel are all located in the Washington, D.C. metropolitan area.

c.      The point of contact for discovery requests for the Department of Defense, an attorney with the U.S. Army, had a death in her family this week.  She must travel to Houston, Texas this week for the funeral, which impedes her ability to work on the written responses.

d.      Absent an enlargement of time, Defendants will be substantially prejudiced in meeting the deadlines because events beyond their control prevented Defendants from engaging in the processing of searching for documents for a number of critical days.

2.      There have been six previous time modifications in this case:

a.      On March 24, 2009, the parties stipulated to a continuance of the case management conference to June 16, 2009, and the deadline for the joint case management statement to June 9, 2009.  On March 31, 2009, the Court entered an Order establishing the dates to which the parties had stipulated.  (Dkt. No. 15.)

b.      On May 11, 2009, the parties stipulated to enlarge the period for Defendants' response to the Complaint in the form of a dispositive motion by thirty-two days—from May 11, 2009 to June 12, 2009—and a corresponding adjustment of the briefing schedule and hearing

1    date.  On May 12, 2009, the Court entered an Order establishing the briefing deadlines and

2    hearing date to which the parties had stipulated.  (Dkt. No. 19.)

3          c.      On June 4, 2009, Defendants filed a Motion for an Extension of Time to File

4    Response to Complaint until June 30, 2009 on the ground that Ms. Wolverton had assumed

5    primary responsibility for the case sixteen days prior to the deadline for submission of a motion

6    to dismiss.  Plaintiffs opposed the extension request.  The Court entered an Order granting the

7    requested extension on June 12, 2009.  (Dkt. No. 27.)

8          d.      On September 10, 2009, at the behest of counsel for Plaintiffs, the parties

9    stipulated to an enlargement of the briefing schedule on Defendants' Motion to Dismiss and a

10   continuance on the initial case management conference.  On September 15, 2009, the Court

11   entered an Order granting the briefing and hearing schedule to which the parties had stipulated.

12   (Dkt. No. 42.)

13         e.      On October 28, 2009, again at the behest of counsel for the Plaintiffs, the parties

14   stipulated to a continuance of the hearing on Defendants' Motion to Dismiss and the initial case

15   management conference.  On October 29, 2009, the Court entered an Order granting the

16   continuance of the hearing on Defendants' Motion to Dismiss and the initial case management

17   conference as the parties had stipulated.  (Dkt. No. 50.)

18         f.      On January 27, 2010, Defendants filed a Motion to Enlarge Time to File Answer

19   until April 19, 2010 on the ground that Defendants wanted to review discovery documents that

20   pertained to the factual allegations in Plaintiffs' Second Amended Complaint.  Plaintiffs opposed

21   the extension request.  On February 2, 2010, the Court entered an Order granting in part the

22   Defendants' Motion to Extend Time, extending the time to file the answer until March 12, 2010.

23         3.      The requested enlargement will not have any effect on the present schedule for

24   the case.

25                                        * * *

26         In order to allow Defendants sufficient time to prepare their written responses to

27   Plaintiffs' Requests and produce responsive documents, the parties hereby respectfully request

28   that the Court enlarge the deadlines to March 4, 2010 and March 25, 2010 respectively.

1

2   Dated: February 18, 2010                    Respectfully submitted,

3                                               IAN GERSHENGORN
        GORDON P. ERSPAMER                        Deputy Assistant Attorney General
4       TIMOTHY W. BLAKELY                      JOSEPH P. RUSSONIELLO
        ADRIANO HRVATIN                           United States Attorney
5       KIMBERLY L. TAYLOR                      VINCENT M. GARVEY
        STACEY M. SPRENKEL                        Deputy Branch Director
6                                               CAROLINE LEWIS WOLVERTON
         Morrison & Foerster LLP                  Senior Counsel
7        425 Market Street
         San Francisco, CA 94105                 _/s/ Kimberly L. Herb_____
8        Telephone: (415) 268-411              KIMBERLY L. HERB
         Facsimile: (415) 268-7522               Illinois Bar No. 6296725
9        Email: GErspamer@mofo.com               Trial Attorney
                                                 U.S. Department of Justice
10      By:  _/s/ Timothy W. Blakely_____       Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave., N.W.
11                                               Washington, DC 20530
        Attorneys for Plaintiffs                 Telephone: (202) 305-8356
12                                               Facsimile: (202) 616-8470
                                                 E-mail: Kimberly.L.Herb@usdoj.gov
13
                                                Attorneys for Defendants
14

15                                  **ORDER**

16
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
17
                        2/23/10
18      Dated:  _____
                                                _____
19                                              CLAUDIA WILKEN
                                                United States District Judge
20

21

22

23

24

25

26

27

28