GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
TIMOTHY W. BLAKELY (CA SBN 242178)
TBlakely@mofo.com
ADRIANO HRVATIN (CA SBN 220909)
AHrvatin@mofo.com
CATHLEEN E. STADEKER (CA SBN 234966)
CStadeker@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
Vietnam Veterans of America; Swords to Plowshares: Veterans Rights Organization; Bruce Price; Franklin D. Rochelle; Larry Meirow; Eric P. Muth; David C. Dufrane; and Wray C. Forrest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, <br> Plaintiffs, <br> v. <br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br> Defendants. | Case No. CV 09-0037-CW <br><br> **STIPULATION REGARDING CONFIDENTIAL SETTLEMENT DISCUSSIONS; AND ORDER** <br><br> Complaint filed January 7, 2009 |

1    Pursuant to discussions between the parties at the Confidential Settlement Conference
2    which took place on March 19, 2010 and subsequently, the parties hereby respectfully stipulate,
3    subject to the Court's consideration and approval, as follows:
4    1.    Plaintiffs provided certain requested information in letter form to Defendants on
5    March 26, 2010.
6    2.    Defendants will inform Plaintiffs of the time needed to respond to the information
7    provided by Plaintiffs on March 26, 2010 by April 12, 2010. Defendants' response time shall be
8    no later than April 30, 2010.
9    3.    Defendants shall provide Plaintiffs with information regarding past settlement
10   models by April 23, 2010.
11   4.    Plaintiffs shall, in letter form, provide further thoughts regarding the parties'
12   confidential settlement discussions to Defendants by April 30, 2010.
13   5.    Defendants shall, in letter form, respond to Plaintiffs' April 30, 2010 letter by
14   May 7, 2010.
15   6.    The parties shall appear before Magistrate Judge Elizabeth D. Laporte, during the
16   week of May 17, 2010, for further confidential settlement discussions.

**IT IS SO STIPULATED.**

Dated: April 7, 2010

GORDON P. ERSPAMER
TIMOTHY W. BLAKELY
ADRIANO HRVATIN
CATHLEEN E. STADEKER
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP


By:  /s/ Gordon P. Erspamer
     Gordon P. Erspamer
     [gerspamer@mofo.com]

Attorneys for Plaintiffs

STIPULATION AND ORDER - Case No. CV 09-0037-CW
sf-2820472

1

| | | |
|---|---|---|
| 1 | Dated: April 7, 2010 | IAN GERSHENGORN |
| 2 | | Deputy Assistant Attorney General |
| | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| | | VINCENT M. GARVEY |
| 4 | | Deputy Branch Director |
| | | CAROLINE LEWIS WOLVERTON |
| 5 | | Senior Counsel |
| | | KIMBERLY L. HERB |
| 6 | | Trial Attorney |
| | | UNITED STATES DEPARTMENT OF |
| 7 | | JUSTICE |
| | | CIVIL DIVISION |
| 8 | | FEDERAL PROGRAMS BRANCH |
| 10 | | By: /s/ Caroline Lewis Wolverton |
| | | Caroline Lewis Wolverton |
| 11 | | [caroline.lewis-wolverton@usdoj.gov] |
| 12 | | Attorneys for Defendants |

STIPULATION AND ORDER - Case No. CV 09-0037-CW

sf-2820472

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The parties shall appear before the Court for a further settlement conference on June 16, 2010 at 9:30 a.m.  Further settlement conference statements shall be filed no later than June 2, 2010.

Dated: April 8, 2010

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND ORDER - Case No. CV 09-0037-CW

sf-2820472

1

## GENERAL ORDER 45 ATTESTATION

I, Gordon P. Erspamer, am the ECF User filing this Stipulation Regarding Confidential Settlement Discussions.  In compliance with General Order 45, X.B., I hereby attest that Caroline Lewis Wolverton has concurred in this filing.

Dated:  April 7, 2010

                                                      ___/s/ Gordon P. Erspamer_____
                                                        Gordon P. Erspamer

                                                     Attorneys for Plaintiffs