IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　Defendant._____/ | No. C 09-00037 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

　　Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Responses to Interrogatories and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 4/21/2010

　　　　　　　　　　　　　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Wings; Assigned M/J w/mo.