UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIETNAM VETERANS OF AMERICA

        Plaintiff(s),                       No. 09-00037 CW (EDL)

    v.                               ORDER EXCUSING ATTENDANCE
                                           AT SETTLEMENT CONFERENCE

CENTRAL INTELLIGENCE AGENCY

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 2, 2010, Individual Plaintiffs Price, Rochelle, Meirow, Muth, Dufrane and Forrest and the representative from Plaintiff Vietnam Veterans of America requested to be excused from personally appearing at the settlement conference scheduled for June 16, 2010. Defendants do not oppose Plaintiffs' request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that these Plaintiffs be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on June 16, 2010.

If the Court concludes that the absence of these Plaintiffs is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including these Plaintiffs.

SO ORDERED.

Dated: June 3, 2010

                                                                _____
                                                                 ELIZABETH D. LAPORTE
                                                                 United States Magistrate Judge