GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
TIMOTHY W. BLAKELY (CA SBN 242178)
TBlakely@mofo.com
ADRIANO HRVATIN (CA SBN 220909)
AHrvatin@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
DANIEL J. VECCHIO (CA SBN 253122)
DVecchio@mofo.com
DIANA LUO (CA SBN 233712)
DLuo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
Vietnam Veterans of America; Swords to Plowshares:
Veterans Rights Organization; Bruce Price; Franklin D.
Rochelle; Larry Meirow; Eric P. Muth; David C. Dufrane;
and Wray C. Forrest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br>Defendants. | Case No.   CV 09-0037-CW <br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME & FOR ADMINISTRATIVE RELIEF** <br><br>Complaint filed January 7, 2009 |

PROPOSED ORDER
Case No. CV 09-0037-CW
sf-2864502

Plaintiffs' Motion to Enlarge Time and for Administrative Relief in CV 09-0037 came before this Court on June 29, 2010.

After considering the moving papers, declarations and other submissions, and all other matters presented to the Court, this Court finds that FOR GOOD CAUSE SHOWN: Plaintiffs are granted a two-week enlargement of time to file their Reply in Support of Plaintiffs' Motion for Leave to File Third Amended Complaint and a page-limit extension of five pages for that Reply.

The hearing to address Plaintiffs' Motion for Leave to File Third Amended Complaint is vacated.

Therefore, IT IS HEREBY ORDERED THAT the Plaintiffs' motion is GRANTED.

Dated: **7/1/2010**

_____
The Honorable Claudia Wilken
Judge, United States District Court
for the Northern District of California