UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vietnam Veterans of America, et al., | No. C 09-0037 CW (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| Central Intelligence Agency, et al., | |
| Defendants. _____/ | |

All discovery in this case has been referred by the district court (Hon. Claudia Wilken) pursuant to 28 U.S.C. § 636(b) and Civil Local Rule 72-1. This Court reviewed the parties' Joint Statements regarding their discovery disputes over a protective order and Plaintiffs' requests for production and 30(b)(6) document collection depositions and hereby orders the parties to engage in formal briefing pursuant to Civil Local Rules 7-2 to 7-5.

The parties had filed individual statements regarding a series of discovery disputes before the hearing on Plaintiffs' Motion to Compel Responses to Interrogatories on June 30, 2010, at which this Court directed the parties to meet and confer in person. This Court later granted that Motion by order dated July 13, 2010, again ordering the parties to meet and confer regarding their other disputes and to file joint statements as to any that remained unresolved.

Pursuant to this Court's order, the parties met and conferred for over two hours immediately following the hearing on June 30, 2010. However, Plaintiffs state that no substantive progress has been made. The parties have not only not resolved their previous discovery disputes but now have additional disputes.

This Court finds that the standard meet and confer procedure outlined in the Standing Order is not working in this case. Instead this Court orders the parties to engage in formal briefing pursuant to Civil Local Rules 7-2 to 7-5.

IT IS SO ORDERED.

DATED: August 6, 2010

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-0037\C 09-0037 ORDER.wpd