UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIETNAM VETERANS OF AMERICA

   Plaintiff(s),          No. 09-00037 CW (EDL)

  v.               ORDER EXCUSING ATTENDANCE
                  AT SETTLEMENT CONFERENCE

CENTRAL INTELLIGENCE AGENCY

   Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

  By letter dated October 15, 2010, Individual Plaintiffs Price, Rochelle, Meirow, Muth and Dufrane and the representative from Plaintiff Vietnam Veterans of America requested to be excused from personally appearing at the settlement conference scheduled for October 29 2010. Defendants do not oppose Plaintiffs' request.

  Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that these Plaintiffs be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on October 29, 2010.

  If the Court concludes that the absence of these Plaintiffs is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including these Plaintiffs.

SO ORDERED.

Dated: October 20, 2010

                     _____
                     ELIZABETH D. LAPORTE
                     United States Magistrate Judge