IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGANCE AGENCY, et al, <br><br> Defendants. | No. C-09-0037 CW (EDL) <br><br> **ORDER FOLLOWING SETTLEMENT CONFERENCE** |

The Court held a further settlement conference on October 29, 2010. Plaintiffs shall provide to Defendants a written proposal regarding notice, secrecy oath and principles for provision of health care and adjudication, no later than thirty days from today. Defendants shall respond to Plaintiffs' proposal with detailed comments in writing no later than sixty days from the date they receive Plaintiffs' proposal. Parties shall meet and confer thereafter on whether and if so, when to schedule a further settlement conference.

**IT IS SO ORDERED.**

Dated: October 29, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge