1    GORDON P. ERSPAMER (CA SBN 83364)
     GErspamer@mofo.com
2    TIMOTHY W. BLAKELY (CA SBN 242178)
     TBlakely@mofo.com
3    STACEY M. SPRENKEL (CA SBN 241689)
     SSprenkel@mofo.com
4    DANIEL J. VECCHIO (CA SBN 253122)
     DVecchio@mofo.com
5    DIANA LUO (CA SBN 233712)
     DLuo@mofo.com
6    MORRISON & FOERSTER LLP
     425 Market Street
7    San Francisco, California 94105-2482
     Telephone: 415.268.7000
8    Facsimile: 415.268.7522

9    Attorneys for Plaintiffs
     Vietnam Veterans of America; Swords to Plowshares: Veterans
10   Rights Organization; Bruce Price; Franklin D. Rochelle; Larry
     Meirow; Eric P. Muth; David C. Dufrane; Tim Michael Josephs;
11   and William Blazinski

12

13                        UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15                              OAKLAND DIVISION

16

17   VIETNAM VETERANS OF AMERICA, *et al.*,        Case No.    CV 09-0037-CW

                         Plaintiffs,               **STIPULATION AND [PROPOSED]
18                                                 ORDER REGARDING
                                                   COMPLIANCE WITH
19        v.                                       NOVEMBER 12, 2010 ORDER
                                                   GRANTING IN PART AND
     CENTRAL INTELLIGENCE AGENCY, *et al.*,        DENYING IN PART PLAINTIFFS'
20                                                 MOTION TO COMPEL
                         Defendants.               PRODUCTION OF DOCUMENTS
21                                                 AND MOTION TO COMPEL
                                                   30(b)(6) DEPOSITIONS**
22

23                                                 Complaint filed January 7, 2009

24

25

26

27

28

Pursuant to Civil Local Rule 7-12, the parties hereby respectfully stipulate, subject to the Court's consideration and approval, as follows:

1.      On November 12, 2010, the Court issued its Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Production of Documents and Motion to Compel 30(b)(6) Depositions; Denying Without Prejudice Plaintiffs' Motion for Sanctions and Defendants' Motion for Protective Order Limiting Scope of Discovery ("Order").  (*See* Docket No. 178.)

2.      The Order set forth several specific tasks to be carried out by the parties to comply with the Order.

3.      The Order stated that "Compliance is due within 20 days of issuance of this order."  Therefore, pursuant to the Order, compliance is due on December 2, 2010.

4.      Both parties have worked diligently to complete their respective tasks, and have met and conferred to discuss a reasonable method for sequencing compliance with the terms of the Order.

5.      Based on the parties' meet-and-confer discussions, they have agreed that the following presents a workable and appropriate framework for complying with their various obligations under the Order:

      i.   Plaintiffs will serve narrowed discovery requests on December 2, 2010, in accordance with the terms of the Order;

      ii.  Defendants shall have until January 6, 2011 to respond in accordance with the terms of the Order;

      iii. Defendants will file the 50 U.S.C. § 403g declaration called for by page 13 of the Order by December 20, 2010;

      iv.  The parties shall hold a discovery/case management meeting to be scheduled after Defendants have responded to Plaintiffs' narrowed discovery requests and after Plaintiffs have had an initial opportunity to review the documents that Defendants intend to produce to Plaintiffs now that the Court has entered a Protective Order;

1              v. At the discovery/case management meeting, the parties will discuss and

2              attempt to agree upon (among other things) the scheduling and sequencing

3              of depositions; and,

4             vi. Defendants will identify specific individuals to testify on behalf of the

5              Defendant Agencies in response to Plaintiffs' Rule 30(b)(6) deposition

6              topics, in accordance with the terms of the Order, following the

7              discovery/case management meeting.

8      6. The parties hereby stipulate, subject to the Court's consideration and

9 approval, that the sequencing and schedule set forth above is appropriate and will enable the

10 parties to comply with their obligations under the Order.

11      7. The parties also believe that the stipulated sequence and scheduling set

12 forth above will enable the parties to narrow areas of dispute and attempt to come to appropriate

13 discovery agreements that will minimize the need for future Court intervention.  Accordingly, the

14 parties request that the Court enter this Stipulation and [Proposed] Order Regarding Compliance

15 with the Court's November 12, 2010 Order.

16     **IT IS SO STIPULATED.**

17 Dated: December 2, 2010           GORDON P. ERSPAMER

18                              TIMOTHY W. BLAKELY
                                 STACEY M. SPRENKEL

19                              DANIEL J. VECCHIO
                               DIANA LUO

20                              MORRISON & FOERSTER LLP

21

22                   By:  /s/ Timothy W. Blakely
                              Timothy W. Blakely

23                                [tblakely@mofo.com]

24                   Attorneys for Plaintiffs

25

26

27

28

1    Dated: December 2, 2010                    IAN GERSHENGORN
                                                Deputy Assistant Attorney General
2                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
3                                               VINCENT M. GARVEY
                                                Deputy Branch Director
4                                               JOSHUA E. GARDNER
                                                Trial Attorney
5                                               BRIGHAM BOWEN
                                                Trial Attorney
6                                               LILY FAREL
                                                Trial Attorney
7                                               KIMBERLY L. HERB
                                                Trial Attorney
8                                               UNITED STATES DEPARTMENT OF JUSTICE
                                                CIVIL DIVISION
9                                               FEDERAL PROGRAMS BRANCH

10

11                                              By:   /s/ Joshua E. Gardner

12                                                    Joshua E. Gardner
                                                      [joshua.e.gardner@usdoj.gov]

13
                                                Attorneys for Defendants
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated: December ___ 6 ___, 2010

4

5

_____

The Honorable James Larson

6

Magistrate Judge, United States District Court
for the Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**GENERAL ORDER 45 ATTESTATION**

2

I, Timothy W. Blakely, am the ECF User filing this Stipulation and Proposed Order

3

Regarding Compliance with Order Granting in Part and Denying in Part Plaintiffs' Motion to

4

Compel Production of Documents and Motion to Compel 30(b)(6) Depositions.  In compliance

5

with General Order 45, X.B., I hereby attest that Joshua E. Gardner has concurred in this filing.

6

Dated:  December 2, 2010

7

                                 /s/ TIMOTHY W. BLAKELY

8

                                 Timothy W. Blakely

9

                                 Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28