GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
TIMOTHY W. BLAKELY (CA SBN 242178)
TBlakely@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
DANIEL J. VECCHIO (CA SBN 253122)
DVecchio@mofo.com
DIANA LUO (CA SBN 233712)
DLuo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
Vietnam Veterans of America; Swords to Plowshares: Veterans
Rights Organization; Bruce Price; Franklin D. Rochelle; Larry
Meirow; Eric P. Muth; David C. Dufrane; Tim Michael Josephs;
and William Blazinski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendants. | Case No. CV 09-0037-CW <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR SETTLEMENT PROPOSAL** <br><br> Complaint filed January 7, 2009 |

STIPULATION AND [PROPOSED] ORDER
Case No. CV 09-0037-CW
sf-2923974

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby respectfully stipulate, subject to the Court's consideration and approval, as follows:

1. On October 29, 2010, the Court ordered that "Plaintiffs shall provide to Defendants a written proposal regarding notice, secrecy oath and principles for provision of health care and adjudication, no later than thirty days from today." (Doc. 174.);

2. Pursuant to the Court's October 29, 2010 Order, Plaintiffs' settlement proposal is currently due on November 29, 2010.[1] (*See* Declaration of Timothy W. Blakely in Support of Stipulation and [Proposed] Order Enlarging Time for Settlement Proposal ("Blakely Decl."), ¶ 2.)

3. The current deadline falls immediately after the Thanksgiving Holiday weekend, and the individual and organizational Plaintiffs need additional time to confer regarding the settlement proposal. (*Id.* at ¶ 3.)

4. Plaintiffs request fourteen (14) additional days to provide Defendants with a written proposal regarding notice, secrecy oath and principles for provision of health care and adjudication. (*Id.* at ¶ 3.)

5. On November 22, 2010 counsel for Plaintiffs and Defendants met and conferred by telephone regarding a proposed extension to the current schedule. (*Id.* at ¶ 4.)

6. The parties agree to a brief fourteen-day extension of the November 29, 2010 deadline so that Plaintiffs may have until December 13, 2010 to provide Defendants a written proposal regarding notice, secrecy oath and principles for provision of health care and adjudication. (*Id.* ¶ 5.)

7. This agreed-upon extension of the schedule for the parties' settlement-related exchange is not submitted for the purpose of delay. The stipulated continuance reflects the parties' good-faith and reasonable attempt to accommodate Plaintiffs' request for additional time in light of the holiday. (*Id.* at ¶ 6.)

---

[1] The due date set by the Court's Order would fall on Sunday, November 28, 2010. Pursuant to Federal Rule of Civil Procedure 6, that deadline would be continued until the end of the next business day, Monday, November 29, 2010.

STIPULATION AND [PROPOSED] ORDER
Case No. CV 09-0037-CW
sf-2923974

**IT IS SO STIPULATED.**

Dated: November 24, 2010

GORDON P. ERSPAMER
TIMOTHY W. BLAKELY
STACEY M. SPRENKEL
DANIEL J. VECCHIO
DIANA LUO
MORRISON & FOERSTER LLP


By:  /s/ TIMOTHY W. BLAKELY
    Timothy W. Blakely
    [tblakely@mofo.com]

Attorneys for Plaintiffs

Dated:  November 24, 2010

IAN GERSHENGORN
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
JOSHUA E. GARDNER
Trial Attorney
KIMBERLY L. HERB
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH


By:  /s/ JOSHUA E. GARDNER
    Joshua E. Gardner
    [joshua.e.gardner@usdoj.gov]

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER
Case No. CV 09-0037-CW
sf-2923974

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | Dated: December 6, 2010 |

*/s/ Elizabeth D. Laporte*
The Honorable Elizabeth D. Laporte
Magistrate Judge, United States District Court
for the Northern District of California

STIPULATION AND [PROPOSED] ORDER
Case No. CV 09-0037-CW
sf-2923974

**GENERAL ORDER 45 ATTESTATION**

I, Timothy W. Blakely, am the ECF User filing this Stipulation Regarding Confidential Settlement Discussions. In compliance with General Order 45, X.B., I hereby attest that Joshua E. Gardner has concurred in this filing.

Dated: November 24, 2010

                                           /s/ TIMOTHY W. BLAKELY
                                           Timothy W. Blakely

                                           Attorneys for Plaintiffs