1   IAN GERSHENGORN
        Deputy Assistant Attorney General
2   MELINDA L. HAAG
        United States Attorney
3   VINCENT M. GARVEY
        Deputy Branch Director
4   JOSHUA E. GARDNER
        District of Columbia Bar No. 478049
5   KIMBERLY L. HERB
        Illinois Bar No. 6296725
6   LILY SARA FAREL
        North Carolina Bar No. 35273
7   BRIGHAM JOHN BOWEN
        District of Columbia Bar No. 981555
        Trial Attorneys
8       Civil Division, Federal Programs Branch
        U.S. Department of Justice
9       P.O. Box 883
        Washington, D.C.  20044
10      Telephone: (202) 305-7583
        Facsimile: (202) 616-8202
11      E-mail: joshua.e.gardner@usdoj.gov

12  Attorneys for DEFENDANTS

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

16

17  VIETNAM VETERANS OF AMERICA, *et al.*,        Case No. CV 09-0037-CW

18                          Plaintiffs,

19          v.                                     **STIPULATED ADMINISTRATIVE
                                                   MOTION TO REMOVE
20  CENTRAL INTELLIGENCE AGENCY, *et al.*,         INCORRECTLY FILED
                                                   DOCUMENTS FROM DOCKET**
21                          Defendants.

22

23

24          Defendants respectfully request that this Court grant an order permanently removing

25  Docket Nos. 195-5, 195-6, 195-7, 195-8, and 195-9 from the docket.  The documents filed by

26  Defendants at Docket Nos. 195-5 to 195-9 inadvertently contain unredacted private information

27  covered by Federal Rule of Civil Procedure 5.2(a) about certain Individual Plaintiffs.  This

28

1   request to permanently delete Docket Nos. 195-5 to 195-9 is brought pursuant to Civil Local Rule

2   7-11.

3        Counsel for Defendants called the clerk's office for the Northern District of California on

4   Monday, January 11, 2011 regarding the incorrectly filed documents.  Judge Wilken's civil

5   docket clerk temporarily blocked access to Docket Nos. 195-5 to 195-9.  Counsel for Defendants'

6   then sought Plaintiffs' consent in the filing of the instant motion to permanently remove Docket

7   Numbers 195-5 to 195-9 from the docket.  Plaintiffs' counsel stipulated to the filing of this

8   motion on January 11, 2011.

9        Because Docket Numbers 195-5 to 195-9 inadvertently contain information covered by

10  Federal Rule of Civil Procedure 5.2, Defendants respectfully request that these documents be

11  immediately removed from public court file and the ECF system.

12

13  Dated: January 10, 2011                    Respectfully submitted,

14                                             IAN GERSHENGORN
                                                  Deputy Assistant Attorney General
15                                             MELINDA L. HAAG
                                                  United States Attorney
16                                             VINCENT M. GARVEY
                                                  Deputy Branch Director
17

18                                                 /s/  Kimberly L. Herb
                                               JOSHUA E. GARDNER
19                                             KIMBERLY L. HERB
                                               LILY SARA FAREL
20                                             BRIGHAM JOHN BOWEN
                                               Trial Attorneys
21                                             U.S. Department of Justice
                                               Civil Division, Federal Programs Branch
22                                             P.O. Box 883
                                               Washington, D.C.  20044
23                                             Telephone: (202) 305-8356
                                               Facsimile: (202) 616-8470
24                                             E-mail: Kimberly.L.Herb@usdoj.gov

25  PURSUANT TO STIPULATION, IT IS SO ORDERED

26

27  Date: _____1/14/2011_____          _____
                                               Claudia Wilken
28                                             United States District Judge