1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| VIETNAM VETERANS OF AMERICA, *et al.*, | Case No.   CV 09-0037-CW |
|---|---|
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' RENEWED MOTION TO COMPEL DEFENDANTS' RESPONSES TO INTERROGATORIES** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | |
| Defendants. | |
| | Complaint filed January 7, 2009 |

Plaintiffs' Renewed Motion to Compel Defendants' Responses to Interrogatories was submitted without a hearing under Civil Local Rule 7-1(b). Having read and considered the submissions of the parties, and finding good cause therefore, the Court hereby GRANTS the motion to compel Defendants' responses to interrogatories.

The Court ORDERS Defendants to provide full and complete answers to Plaintiffs' First Set of Interrogatories. These responses shall be provided within seven days of the entry of this Order. The January 26, 2011 hearing is hereby vacated.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. This Court's next order on this discovery dispute will be an Order to Show Cause re Contempt.

Dated: January 19, 2011

_____
The Honorable James Larson
Magistrate Judge, United States District Court
for the Northern District of California