IAN GERSHENGORN
   Deputy Assistant Attorney General
MELINDA L. HAAG
   United States Attorney
VINCENT M. GARVEY
   Deputy Branch Director
JOSHUA E. GARDNER
   District of Columbia Bar No. 478049
KIMBERLY L. HERB
   Illinois Bar No. 6296725
LILY SARA FAREL
   North Carolina Bar No. 35273
BRIGHAM JOHN BOWEN
   District of Columbia Bar No. 981555
   Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Phone:  (202) 305-7583
Facsimile:  (202) 616-8470
Email:  Joshua.E.Gardner@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br>Defendants. | Case No. CV 09-0037-CW <br><br>**STIPULATION AND ORDER EXTENDING TIME FOR NEW DEFENDANTS TO FILE ANSWER TO THIRD AMENDED COMPLAINT** |

     Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rules 6-2 and 7-12, the parties, by and through undersigned counsel, hereby respectfully stipulate, subject to Court approval, to extend the time for Defendants the Department of Veterans Affairs ("VA") and its Secretary, Eric K. Shinseki (together, the "New Defendants") to file an Answer to Plaintiffs'

Civil Action No. C 09-0037 CW
STIP. AND [PROPOSED] ORDER EXTENDING TIME FOR NEW DEFENDANTS TO FILE ANSWER

Third Amended Complaint until the earlier of: (1) 14 days after the Court resolves Defendants' Partial Motion to Dismiss Plaintiffs' Third Amended Complaint, Dkt. No. 187; or (2) April 7, 2011. Because the New Defendants intend to respond to the Complaint by filing an Answer and will not file a Rule 12 motion, and because the New Defendants will participate fully in discovery, without waiving any objections to discovery, notwithstanding any delay in filing their Answer, the requested enlargement will not have any effect on the present schedule for the case. In accordance with Civil L.R. 6-2(a), this Stipulation is supported by the accompanying Declaration of Joshua E. Gardner, counsel for Defendants.

1. Defendants submit that the Declaration of Joshua E. Gardner establishes good cause for the requested enlargement as follows:

   a. On November 18, 2010, Plaintiffs filed their Third Amended Complaint in this case.

   b. Joshua E. Gardner agreed to accept service on behalf of the New Defendants, and Plaintiffs' counsel served the Third Amended Complaint pursuant to that agreement on November 24, 2010.

   c. On December 6, 2010, Defendants filed a partial motion to dismiss Plaintiffs' Third Amended Complaint. Specifically, Defendants moved to dismiss the notice and health care claims against the Central Intelligence Agency; the health care claims against the Department of Defense, and all claims against the Department of Justice. Defendants did not move to dismiss the claim against VA.

   d. On January 10, 2011, the Court, on its own motion, took the Defendants' motion under submission on the papers and vacated the hearing previously scheduled for January 13, 2011.

    e. Accordingly, pursuant to the Federal Rules of Civil Procedure, VA and its Secretary's answer to the Third Amended Complaint is currently due on January 24, 2011; and the answer from the other Defendants, depending upon the resolution of the pending partial motion to dismiss, will be due 14 days after the Court's resolves that motion.

    f. As it did with its prior answer, Defendants intend to file a single answer for all the federal defendants.  The parties agree that the interests of orderly case administration will be served by extending the deadline as requested so that the New Defendants will not be required to file their Answer by January 24, 2011, while the partial motion to dismiss filed on behalf of the other defendants still is pending, the outcome of which will determine both the scope of any answer to be filed by those defendants and the due date for that answer.

2. There have been eleven previous modifications in this case.

    a. On March 24, 2009, the parties stipulated to a continuance of the case management conference to June 16, 2009, and the deadline for the joint case management statement to June 9, 2009.  On March 31, 2009, the Court entered an Order establishing the dates to which the parties had stipulated.  (Dkt. No. 15).

    b. On May 11, 2009, the parties stipulated to enlarge the period for Defendants' response to the Complaint in the form of a dispositive motion by thirty-two days – from May 11, 2009 to June 12, 2009 – and a corresponding adjustment of the briefing schedule and hearing date.  On May 12, 2009, the Court entered an Order establishing the briefing deadlines and hearing date to which the parties had stipulated.  (Dkt. No. 19).

c. On June 4, 2009, Defendants filed a Motion for an Extension of Time to File Response to Complaint until June 20, 2009 on the ground that Caroline Wolverton had assumed primary responsibility for the case sixteen days prior to the deadline for submission of a motion to dismiss. Plaintiffs opposed the extension request. The Court entered an Order granting the requested extension on June 12, 2009. (Dkt. No. 27).

d. On September 10, 2009, at the behest of counsel for Plaintiffs, the parties stipulated to an enlargement of the briefing schedule on Defendants' Motion to Dismiss and a continuance on the initial case management conference. On September 15, 2009, the Court entered an Order granting the briefing and hearing schedule to which the parties had stipulated. (Dkt. No. 42).

e. On October 28, 2009, again at the behest of counsel for the Plaintiffs, the parties stipulated to a continuance of the hearing on Defendants' Motion to Dismiss and the initial case management conference. On October 29, 2009, the Court entered an Order granting the continuance of the hearing on Defendants' Motion to Dismiss and the initial case management conference as the parties had stipulated. (Dkt. No. 50).

f. On January 27, 2010, Defendants filed a motion to Enlarge the Time to File Answer until April 19, 2010 on the ground that Defendants wanted to review discovery documents that pertained to the factual allegations in Plaintiffs' Second Amended Complaint. Plaintiffs opposed the extension request. On February 2, 2010, the Court entered an Order granting in part the Defendants' Motion to Extend Time, extending the time to file the answer until March 12, 2010.

g. On February 18, 2010, at the behest of counsel for Defendants, the parties stipulated to extend Defendants' time to respond to discovery requests and produce documents. On February 23, 2010, the Court entered an Order granting the parties' stipulation. (Dkt. No. 66.)

h. On June 29, 2010, Plaintiffs filed a motion to enlarge by two weeks the time for filing a reply in support of their motion for leave to file a Third Amended Complaint and sought to reschedule the July 15, 2010 hearing date concerning that motion. On July 1, 2010, the Court entered an Order granting the Plaintiffs' motion. (Dkt. No. 111.)

i. On September 7, 2010, Defendants filed an unopposed motion to reschedule the hearing date concerning Plaintiffs' motion to compel production of documents; Plaintiffs' motion to compel Rule 30(b)(6) testimony; the entry of a protective order; and Plaintiffs' motion for sanctions. (Dkt. No. 137.) On September 9, 2010, the Magistrate Judge entered an order granting the Defendants' motion. (Dkt. No. 138.)

j. On November 24, 2010, at the behest of counsel for Plaintiffs, the parties stipulated to extend Plaintiffs' time to provide Defendants with a settlement proposal. (Dkt. No. 181.). The Magistrate Judge entered the parties' stipulation on December 6, 2010. (Dkt. No. 182.)

k. On December 2, 2010, the parties stipulated to extend the parties' time to comply with the Magistrate Judge's November 12, 2010 order regarding certain discovery disputes. (Dkt. No. 184.) The Magistrate Judge entered the parties' stipulation on December 6, 2010. (Dkt. No. 185).

3. Because the New Defendants intend to respond to the Complaint by filing an Answer and will not file a Rule 12 motion, and because the New Defendants will participate fully in discovery, without waiving any objections to discovery, notwithstanding any delay in filing their Answer, the requested enlargement will not have any effect on the present schedule for this case.

NOW THEREFORE, the parties, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE, subject to Court approval, as follows:

1. The New Defendants shall have until the earlier of: (a) 14 days after the Court resolves Defendants' Partial Motion to Dismiss Plaintiffs' Third Amended Complaint (Docket No. 187); or (b) April 7, 2011, to file their Answer to the Third Amended Complaint.

2. The New Defendants will not file a Rule 12 motion in response to the Third Amended Complaint, and, without waiving any objections to discovery, will continue to participate fully in discovery notwithstanding the fact that the deadline for filing their Answer is extended as requested in this Stipulation.

**IT IS SO STIPULATED.**

Dated: January 21, 2011         IAN GERSHENGORN
                                    Deputy Assistant Attorney General

                                MELINDA L. HAAG
                                    United States Attorney
                                VINCENT M. GARVEY
                                    Deputy Branch Director

                                 /s/Joshua E. Gardner
                                JOSHUA E. GARDNER
                                KIMBERLY L. HERB
                                LILY SARA FAREL
                                BRIGHAM JOHN BOWEN
                                Trial Attorneys

Civil Action No. C 09-0037 CW
STIP. AND [PROPOSED] ORDER EXTENDING TIME FOR NEW DEFENDANTS TO FILE ANSWER

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-7583
Facsimile: (202) 616-8202
E-mail: Joshua.E.Gardner@usdoj.gov

Attorneys for Defendants

Dated: January 21, 2011

GORDON P. ERSPAMER
TIMOTHY W. BLAKELY
STACEY M. SPRENKEL
DANIEL J. VECCHIO
DIANA LUO
MORRISON & FOERSTER LLP


By: /s/ Timothy W. Blakely
      Timothy W. Blakely
      [tblakely@mofo.com]

Attorneys for Plaintiffs

Civil Action No. C 09-0037 CW
STIP. AND [PROPOSED] ORDER EXTENDING TIME FOR NEW DEFENDANTS TO FILE ANSWER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 25, 2011

_____
The Honorable Claudia Wilken
United States District Judge