IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | No. C 09-0037 CW<br><br>ORDER CONCERNING BRIEFING AND HEARING ON PLAINTIFFS' MOTION TO STRIKE |

    Defendants Central Intelligence Agency, et al., have manually filed the "Administrative Record for the Central Intelligence Agency ('CIA') in" this case. Defs.' Notice of Manual Filing of Admin. Record 1. This filing did not coincide with any motion by any party, nor was it anticipated by the Court's case management order. Plaintiffs Vietnam Veterans of America, et al., have moved to strike the CIA's administrative record.

    Defendants shall file their opposition to Plaintiffs' motion to strike within seven days of the date of this Order in a brief not to exceed ten pages. Plaintiffs' reply, if necessary, shall be

due three days thereafter in a brief not to exceed five pages. Plaintiffs' motion to strike will be taken under submission on the papers.  The hearing set for April 7, 2011 is VACATED.

    IT IS SO ORDERED.

Dated: March 2, 2011

*[signature]*

CLAUDIA WILKEN
United States District Judge