IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>      Defendants. | No. C 09-0037 CW<br><br>ORDER ON BRIEFING REGARDING DEFENDANTS' PARTIAL MOTION TO DISMISS (Docket No. 187) |

    Defendants Central Intelligence Agency, et al., move to dismiss the Third Amended Complaint of Plaintiffs Vietnam Veterans of America, et al. Plaintiffs oppose the motion on procedural grounds; they do not, however, substantively respond to Defendants' arguments. While the Court and Plaintiffs would have been better served if Defendants had made all of their arguments earlier, because these arguments will have to be addressed at some point, the Court will consider them.

    Within fourteen days of the date of this Order, Plaintiffs shall file a supplemental opposition brief, not to exceed twenty-five pages, addressing the merits of Defendants' arguments. Seven

1  days thereafter, Defendants may file a supplemental reply in
2  support of their third motion to dismiss.
3      IT IS SO ORDERED.

5  Dated: March 8, 2011

        CLAUDIA WILKEN
        United States District Judge

**United States District Court**
For the Northern District of California