IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

CENTRAL INTELLIGENCE AGENCY, et al.,

    Defendants.

                           /

No. C 09-0037 CW

ORDER STRIKING PLAINTIFFS' LETTER REGARDING DEFENDANTS' REPLY

On April 4, 2011, Plaintiffs Vietnam Veterans of America, et al., filed a letter responding to Defendants Central Intelligence Agency, et al.'s reply in support of their motion to dismiss. This letter violates Civil L.R. 7-3(d), which provides that, subject to two exceptions, once "a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Neither of the exceptions apply and Plaintiffs did not seek leave to file their letter. Accordingly, the Court sua sponte STRIKES Docket No. 219 from the record.

    IT IS SO ORDERED.

Dated: April 4, 2011

CLAUDIA WILKEN
United States District Judge