UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, et al, <br><br> Defendants. | No: C 09-0037 CW (JSC) <br><br> ORDER RE JOINT REQUEST FOR CLARIFICATION |

Now pending before the Court is the parties' joint request for clarification of the Court's discovery dispute procedure. The parties shall follow the Court's standing order regarding discovery disputes. Upon receipt of the parties' joint letter, the Court will determine if formal briefing is required for all, some or none of the parties' disputes.

**IT IS SO ORDERED.**

DATED: June 9, 2011

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE