UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, et al, <br><br> Defendants. | No: C 09-0037 CW (JSC) <br><br> ORDER RE HEARING ON JULY 21, 2011 JOINT STATEMENT |

The Court is in receipt of the parties' Joint Statement filed July 22, 2011 (Dkt. No. 243). The parties' Statement represents that they have met and conferred via letter and by telephone, but not in person. It appears, however, that an in-person meet and confer may help resolve, or at least narrow, some of the issues. For example, with respect to the dispute regarding "search terms," Plaintiffs contend the Department of Veterans Affairs ("VA") initially agreed to add search terms, and the VA contends that Plaintiffs have not complained that their response has been inadequate: in other words, there seems to be a

ORDER RE HEARING AUGUST 4, 2011

1  communication gap.

2  The Court previously scheduled a hearing in this matter for August 4, 2011 at 9:00
3  a.m. regarding the Joint Statements submitted July 1, 2011.  With respect to those
4  disputes the parties again met and conferred via email and telephone, but not in person.

5  Accordingly, the parties are ordered to appear in Courtroom E on the 15th floor at
6  9:00 a.m. on August 4, 2001 for an in-person meet and confer on all of the parties'
7  discovery disputes.  The Court will hold a hearing at 11:00 a.m. to discuss whatever
8  issues remain following the in-person meet and confer.

9  **IT IS SO ORDERED.**

10 DATED: July 27, 2011

11                                     JACQUELINE SCOTT CORLEY
                                       UNITED STATES MAGISTRATE JUDGE