IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY; MICHAEL J. MORRELL, Acting Director of Central Intelligence; UNITED STATES DEPARTMENT OF DEFENSE; DR. ROBERT M. GATES, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; PETE GEREN, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, UNITED STATES SECRETARY OF VETERANS AFFAIRS.<br><br>      Defendants. | No. C 09-00037 CW<br><br>ORDER ON DEFENDANT CENTRAL INTELLIGENCE AGENCY'S MOTION FOR JUDGMENT ON THE PLEADINGS<br>(Docket No. 245) |

    Defendants Central Intelligence Agency and its Acting Director Michael J. Morrell (collectively, the CIA) move for judgment on the pleadings or, in the alternative, summary judgment. The CIA noticed its motion for hearing on September 1, 2011 at 2:00 p.m.

    The Court will consider the CIA's motion for judgment on the pleadings. In ruling on the motion, the Court will review only Plaintiffs' pleadings, which must be taken as true, and "documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice." United States v.

1  Ritchie, 342 F.3d 903, 908 (9th Cir. 2003) (citations omitted).
2  The Court will not convert the motion to a motion for summary
3  judgment.  The parties' most recent stipulation extending case
4  deadlines provides that all case-dispositive motions will be heard
5  on April 5, 2012 at 2:00 p.m.  Docket No. 238, at 4:8.
6  Accordingly, any further case-dispositive motion by either side
7  will be heard on that date.
8       If the parties desire to have dispositive motions heard sooner
9  than April 5, 2012, they may file a stipulation setting an earlier
10 date.  Alternatively, so long as it can present good cause, a party
11 may move to modify the case management scheduling order.  Fed. R.
12 Civ. P. 16(b)(4).
13      IT IS SO ORDERED.

Dated: August 9, 2011

CLAUDIA WILKEN
United States District Judge

2