IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY; MICHAEL J. MORRELL, Acting Director of Central Intelligence; UNITED STATES DEPARTMENT OF DEFENSE; DR. ROBERT M. GATES, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; PETE GEREN, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, UNITED STATES SECRETARY OF VETERANS AFFAIRS.<br><br>    Defendants. | No. C 09-00037 CW<br><br>ORDER CONCERNING BRIEFING ON DEFENDANTS CENTRAL INTELLIGENCE AGENCY AND MICHAEL J. MORRELL'S MOTION TO AMEND THE SCHEDULING ORDER<br>(Docket No. 266) |

    Defendants Central Intelligence Agency and its Acting Director Michael J. Morrell (collectively, the CIA) move to amend the case management order (CMO) to permit them to notice for hearing at an earlier time a motion for summary judgment on Plaintiffs Vietnam Veterans of America, et al.'s claim regarding alleged secrecy oaths. Presently, pursuant to the parties' stipulation, the CMO provides that all dispositive motions will be heard on April 5, 2012 at 2:00 p.m.

    Plaintiffs shall respond to the CIA's motion to amend by

August 29, 2011. The CIA's reply, if necessary, shall be due August 31, 2011. The motion will be heard on September 1, 2011 at 2:00 p.m., along with the CIA's motion for judgment on the pleadings.

    IT IS SO ORDERED.

Dated: 8/25/2011

CLAUDIA WILKEN
United States District Judge