IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY; MICHAEL J. MORRELL, Acting Director of Central Intelligence; UNITED STATES DEPARTMENT OF DEFENSE; DR. ROBERT M. GATES, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; PETE GEREN, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, UNITED STATES SECRETARY OF VETERANS AFFAIRS, <br><br> Defendants. | No. C 09-00037 CW <br><br> ORDER OF REFERENCE TO MAGISTRATE JUDGE AND EXTENDING BRIEFING SCHEDULE |

Defendants Central Intelligence Agency and its Acting Director Michael J. Morrell (collectively, CIA), and Defendants Department of Defense and its Secretary Leon Panetta and Department of the Army and its Secretary John McHugh (collectively, DoD) move for a protective order limiting discovery.

1   The Court will decide the CIA's motion for a protective order
2   based on the arguments contained in sections I.A and I.B of the
3   motion.  These sections address whether Plaintiffs Vietnam
4   Veterans of America, et al., have outstanding claims for notice
5   and health care and, if so, whether these claims should be decided
6   on an administrative record.  The Court refers to Magistrate Judge
7   Jacqueline Scott Corley the balance of the CIA's motion, which
8   concerns the appropriate scope of discovery of the CIA with
9   respect to claims against other Defendants, and the entirety of
10  the DoD's motion.  Counsel will be advised of the date, time and
11  place of appearance by notice from the assigned Magistrate Judge.
12   Pursuant to the parties' stipulation, Plaintiffs' response to
13  the CIA's and the DoD's motions shall be due August 31, 2011, and
14  the CIA and the DoD shall reply by September 9, 2011.  The parties
15  need not file separate opposition and reply briefs in light of the
16  Court's referral order, so long as their arguments are divided
17  appropriately.
18   The Court will hear its portion of the CIA's motion on
19  September 29, 2011 at 2:00 p.m., unless the matter is decided on
20  the papers.
21   IT IS SO ORDERED.

23  Dated: 8/30/2011

CLAUDIA WILKEN
United States District Judge

cc: JCS

2