IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY; DAVID H. PETRAEUS, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; LEON E. PANETTA, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, UNITED STATES SECRETARY OF VETERANS AFFAIRS,<br><br>    Defendants. | No. C 09-0037 CW<br><br>ORDER REFERRING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND CASE DEADLINES TO MAGISTRATE JUDGE AND SUBSTITUTING DEFENDANTS<br>(Docket No. 295) |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiffs' administrative motion to extend case deadlines, Docket No. 295, is referred to Magistrate Judge Corley.  Judge Corley may adjust any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing dates.

    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk is ordered to substitute David H. Petraeus as

Defendant Director of the Central Intelligence Agency, Leon E. Panetta as Defendant Secretary of Defense and John McHugh as Defendant United States Secretary of the Army.

IT IS SO ORDERED.

Dated: 10/19/2011

_____
CLAUDIA WILKEN
United States District Judge

cc: MagRef; JSC