IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant.<br>_____/ | No. C 09-0037 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION TO EXTEND THE CASE DEADLINES |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation Re Motion to Extend the Case Deadlines. The time for objections has passed and none were filed. Accordingly,

IT IS HEREBY ORDERED that the Motion to Extend the Case Deadlines is GRANTED in part. The revised schedule is as follows:

12/23/2011 - Completion of fact discovery

01/12/2012 - Disclosure of expert witnesses

04/12/2012 - Completion of expert discovery

06/28/2012 - deadline to hear dispositive motions

09/26/2012 - Final pretrial conference

10/09/2012 - Trial

Dated: 12/6/2011

CLAUDIA WILKEN
United States District Judge