IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant.<br>_____/ | No. C 09-00037 CW<br><br>CLERK'S NOTICE DEEMING OBJECTION DENIED |

On November 29, 2011, Defendant filed an objection to the Magistrate Judge's Order Re: Defendant Department of Veterans Affairs In Camera Submission of Documents.  Civil Local Rule 72-2 states, in part, "The District Judge may deny the objection by written order at any time, but may not grant it without first giving the opposing party an opportunity to brief the matter.  If no order denying the motion or setting a briefing schedule is made within 14 days of the filing of the objection, the objection shall be deemed denied.  The Clerk shall notify parties when an objection has been deemed denied."  Fourteen days has passed since the filing of the objection to the Magistrate Judge's order, and the Court has not issued an order.  Accordingly,

Notice is hereby given that the Defendant's objection is deemed denied.

Dated: 12/15/2011



_____
Deputy Clerk