IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>          Defendants. | Case No.: 09-cv-0037 CW (JSC)<br>**ORDER RE: BRIEFING SCHEDULE FOR DISCOVERY MOTION** |

The parties have advised the Court of their intent to file a motion regarding outstanding discovery disputes.  The Court sets the following briefing and hearing schedule: Plaintiffs shall file their Motion to Compel by March 1, 2012, Defendants' opposition is due March 15, 2012, and the reply, if any, shall be filed by March 26, 2012.  The hearing on the motion will take place on April 5, 2012 at 9:00 a.m. in Courtroom F, 450 Golden Gate, San Francisco, California.

     **IT IS SO ORDERED.**

Dated: February 27, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California