IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>CENTRAL INTELLIGENCE AGENCY; DAVID H. PETRAEUS, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; LEON E. PANETTA, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, United States Secretary of Veterans Affairs,<br><br>　　　Defendants.<br>_____/ | No. C 09-0037 CW<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO FILE A REPLY IN SUPPORT OF THEIR ADMINISTRATIVE MOTION TO SUBSTITUTE (Docket No. 366) |

　　On March 6, 2012, Plaintiffs filed an administrative motion to substitute Kathryn McMillan-Forrest as a named Plaintiff in this action. On March 7, 2012, Defendants filed an opposition to Plaintiffs' motion.

　　Plaintiffs are granted leave to file a reply in support of their motion. Plaintiffs' reply shall be filed within four days

1  of the date of this Order and may not exceed five pages.  The
2  Court will decide Plaintiffs' motion on the papers.
3       IT IS SO ORDERED.
4  Dated: March 12, 2012                    _____
5                                           CLAUDIA WILKEN
                                            United States District Judge

2