IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY; DAVID H. PETRAEUS, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; LEON E. PANETTA, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, United States Secretary of Veterans Affairs,<br><br>    Defendants.<br>_____/ | No. C 09-0037 CW<br><br>ORDER REGARDING DEFENDANTS' EVIDENCE IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

    Defendants have submitted almost two thousand pages of exhibits in support of their opposition to Plaintiffs' motion for class certification.  In the chambers copy that Defendants provided to the Court pursuant to Local Rule 5-1(b), Defendants have bound their opposition and supporting exhibits together into a single document, without providing tab dividers between the exhibits.  Within three days of the date of this Order, Defendants

shall deliver to the Court a second chambers copy of their evidence in opposition to Plaintiffs' motion for class certification.  For this chambers copy, Defendants shall place their exhibits into three-ring binders and shall separate each exhibit with a numbered or lettered tab divider.

When e-filing their exhibits, Defendants shall ensure that each exhibit is contained in a separate PDF file, and that they include the exhibit number in the Description field.

IT IS SO ORDERED.

Dated: March 29, 2012

CLAUDIA WILKEN
United States District Judge