IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | Case No.: 09-cv-0037 CW (JSC)<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Dkt. No. 362).** |

Now pending before the Court is Plaintiffs' administrative motion to file portions of their Motion to Compel (Dkt. No. 362) and the attached exhibits under seal. Having reviewed the motion as well as the Declaration of Joshua Gardner ("Gardner Declaration") filed by Defendants in support of Plaintiffs' motion (Dkt. No. 367), the Court GRANTS the motion in part. Based on the Gardner Declaration, only those portions of Exhibit AA which relate to Ovation Data's costs, timeframe, and delivery data should be filed under seal. On or before Monday, April 9, 2012, Plaintiffs shall file in the public docket its Motion to Compel and all attached exhibits, including a redacted version of Exhibit AA in accordance with this order.

1     **IT IS SO ORDERED.**

3    Dated:  April 5, 2012

_____<br>
JACQUELINE SCOTT CORLEY<br>
UNITED STATES MAGISTRATE JUDGE