IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated, | No. C 09-0037 CW<br><br>ORDER REGARDING DEFENDANTS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (Docket No. 413) |

       Plaintiffs,

  v.

CENTRAL INTELLIGENCE AGENCY; DAVID H. PETRAEUS, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; LEON E. PANETTA, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, United States Secretary of Veterans Affairs,

       Defendants.

_____/

    On April 13, 2012, Defendant Department of Veterans Affairs (DVA) filed a motion for relief from a non-dispositive order of the Magistrate Judge.  In its motion, DVA raises certain arguments that were not made to the Magistrate Judge.

    Accordingly, IT IS HEREBY ORDERED that DVA's motion is hereby referred to Magistrate Judge Corley (Docket No. 413).  After the

Magistrate Judge has issued an order addressing DVA's new arguments, DVA may renew its motion for relief to the undersigned.

    IT IS SO ORDERED.

Dated:  4/23/2012

CLAUDIA WILKEN
United States District Judge

cc: JSC ; MagRef

**United States District Court**
For the Northern District of California