IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>           Defendants. | Case No.: 09-cv-0037 CW (JSC)<br><br>**ORDER RE: DEFENDANTS' MOTION FOR RELIEF FROM APRIL 6, 2012 ORDER (Dkt. No. 413).** |

Pending before the Court is Defendants' Motion for Relief from this Court's April 6, 2012 Order (Dkt. No. 408) finding waiver of the Department of Veteran's Affairs' assertion of the deliberative process privilege with respect to certain documents. (Dkt. No. 413). On April 23, 2012, District Judge Wilken referred the motion to the undersigned Judge because Defendants' motion raises arguments not previously made to the Court.

If Plaintiffs wish to file a response to the motion, they shall do so on or before April 30, 2012 and the response shall not exceed five pages. No reply shall be filed. Upon filing of the response, or the deadline for the response if no response is filed, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: April 25, 2012

                                                _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE