IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>　　　　Defendants. | Case No.: 09-cv-0037 CW (JSC)<br><br>**ORDER RE: MAGNETIC TAPE DISPUTE** |

The Court has received the parties' statements regarding the on-going dispute over the magnetic tapes. (Dkt. Nos. 425-428). Defendants' opposition to Plaintiffs' statement is due June 4, 2012 and shall be no more than 10 pages. Plaintiffs' reply is due June 11, 2012 and is limited to 5 pages. The parties shall reserve June 14, 2012 for a hearing on this matter; upon receipt of further briefing, the Court will advise the parties as to whether a hearing is necessary.

**IT IS SO ORDERED.**

Dated: May 22, 2012

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE