IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>        Defendants. | Case No.: 09-cv-0037 CW (JSC)<br><br>**ORDER RE: RESPONSES TO COURT'S MAY 31, 2012 ORDER** |

On May 31, 2012, the Court issued an order resolving all outstanding issues regarding documents that Defendant Department of Veterans Affairs ("DVA") had submitted for *in camera* review. (Dkt. No. 436). The Court's order provided Plaintiffs the opportunity to challenge DVA's characterization of certain documents as duplicates of documents over which the Court had previously sustained DVA's assertion of the deliberative process privilege. Plaintiffs and Defendants have since filed several responses to the Court's order. (Dkt. Nos. 437, 438, 440, 442). Having reviewed the parties' filings and the documents submitted by Defendant for *in camera* review, the Court finds as follows with respect to the four outstanding documents.

**DVA078 1867** – this document is a duplicate of a document which the Court previously reviewed and found was covered by the deliberative process privilege. Defendant does not need to produce this document.

**DVA078 2045-2055** – is a draft PowerPoint presentation entitled Chemical and Biological Exposure Claims: Concern for Edgewood Arsenal Veterans, Informative Brief by the Office of Policy, dated June 2, 2006. Defendant has identified document 1607-1617 as a substantive duplicate of this document.  Defendant previously produced document 1607-1617 to Plaintiffs in a partially redacted form and has agreed to produce DVA078 2045-2055 with the same redactions.  Defendant argues that Plaintiffs have waived any challenge to the redactions, however, because they did not specifically challenge the redactions in their initial motion to compel.  The Court finds that it is unnecessary to reach this issue because the PowerPoint is also substantively similar to DVA078 09-18, a PowerPoint presentation entitled Edgewood Arsenal Veteran Notification Effort, Informative Brief by the Office of Policy, dated June 2, 2006, which the Court reviewed *in camera* and ordered Defendant to produce without redactions.  (Dkt. No. 423, 8:8-13).   Accordingly, Defendant shall produce DVA078 2045-2055 to Plaintiffs without redactions.

**DVA078 2700-2703** – this document is a duplicate of a document which the Court previously reviewed and found was covered by the deliberative process privilege.  Defendant does not need to produce this document.

**DVA078 4221** – Defendant has agreed to produce this document to Plaintiffs.

## CONCLUSION

Defendant shall produce the aforementioned documents to Plaintiffs by June 14, 2012.  This Order disposes all outstanding issues regarding the Court's *in camera* review of documents over which Defendants asserted the deliberative process privilege.  To the extent that a further dispute arises regarding Defendants' assertion of the deliberative process privilege as foreshadowed in Plaintiffs' filing (Dkt. No. 437, n. 2) the Court urges the parties to consider the Court's prior orders regarding the applicability of the deliberative process privilege prior to seeking the Court's intervention.

**IT IS SO ORDERED.**

Dated: June 7, 2012

                                            _____
                                            JACQUELINE SCOTT CORLEY
                                            UNITED STATES MAGISTRATE JUDGE