IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>　　　　　Defendants. | Case No.: 09-cv-0037 CW (JSC)<br><br>**ORDER RE: MAGNETIC TAPES DISPUTE (Dkt. No. 425)** |

　　　　On May 21, 2012, Plaintiffs filed a supplemental submission regarding the parties' ongoing dispute over certain magnetic tapes in Defendants' possession. (Dkt. No. 425). Having reviewed the parties' filings, the Court sets the matter for a hearing on June 21, 2012 at 9:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California. Parties may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

　　　　Further, by noon PST Wednesday, June 20, 2012, Defendant is ordered to provide Plaintiffs with photocopies of the labels of the 18 magnetic tapes in the possession of Defendant Central Intelligence Agency ("CIA"). The CIA may redact the non-governmental contractor's identity from the photocopies. The Court also notes that Exhibit 4 to the

Declaration of Patricia Cameresi submitted with Defendants' opposition brief (Dkt. No. 441-10) references an Attachment 2 which contains an "item-by-item description (Attachment 2) of each document/file/tape." However, neither parties' brief addresses this document. The parties shall be prepared to address this document at the hearing.

**IT IS SO ORDERED.**

Dated: June 15, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE