IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | Case No.: 09-cv-0037 CW (JSC)<br><br>**ORDER RELEASING JUNE 21, 2012 HEARING TRANSCRIPT TO THE PARTIES** |

On June 21, 2012, a hearing addressed a discovery dispute between the parties. (Dkt. No. 455.) A portion of this hearing remains under seal; however, a full transcript of the hearing shall be released to the parties upon receipt of the necessary fees and requisition forms required by the court reporter.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE