**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY; DAVID H. PETRAEUS, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; LEON E. PANETTA, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, United States Secretary of Veterans Affairs,<br><br>    Defendants. | No. C 09-0037 CW<br><br>ORDER GRANTING IN PART, AND DENYING IN PART, DEFENDANTS' MOTION TO SEAL<br>(Docket No. 451) |

    Defendants have submitted an administrative motion seeking to file under seal their unredacted opposition to Plaintiffs' motion to substitute and Exhibits A and B attached to the Declaration of Judson O. Littleton, submitted in support of their opposition. Having reviewed the papers submitted by Defendants and the exhibits that they seek to file under seal, the Court grants Defendants' motion in part and denies it in part.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. <u>Pintos v. Pac. Creditors Ass'n</u>, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. <u>See</u> Civil Local Rule 79-5(a). If a document has been designated as confidential by another party, that party must file a declaration establishing that the document is sealable. Civil Local Rule 79-5(d).

Defendants represent that they are seeking to seal Exhibits A and B because these exhibits contain records with identifying and sensitive personal information about Plaintiff Wray Forrest and specifically are his health records. Littleton Decl. ¶ 2. Having reviewed the records, the Court finds that Defendants have provided good cause to seal Exhibits A and B.

Defendants, however, have not provided good cause to support the sealing of any portion of their opposition. Defendants represent that they seek to seal their unredacted opposition because in it "Defendants discuss confidential information contained in Exhibit A." Littleton Decl. ¶ 5. In the unredacted copy of their opposition provided to the Court, Defendants indicate that they seek to seal a single sentence in their opposition. Defs.' Opp to Pls.' Mot. to Substitute 6:24-27.[1]

---

[1] The Court notes that the exhibits cited do not indicate when Mr. Forrest and his wife met.

2

While Defendants do not explain clearly what portion of this sentence they believe is confidential, it appears that they believe that their recitation of Mr. Forrest's alleged marital history is sealable.  However, marriage and divorce records are generally a matter of public record, and Defendants do not provide any basis to find otherwise here.  To the extent that Defendants may believe that the latter part of their statement is sealable, the Court notes that Plaintiffs have already publicly disclosed the fact and timing of Mr. Forrest's participating in the human testing program.  See, e.g., Third Amended Compl. ¶¶ 81-87.

For the reasons set forth above, Defendants' motion to file under seal is DENIED to the extent that it pertains to their unredacted opposition.  Defendants' motion is GRANTED to the extent that it pertains to Exhibits A and B to the Littleton Declaration.  In accordance with General Order 62, within four days of the date of this Order, Defendants shall electronically file Exhibits A and B under seal and shall file in the public record their unredacted opposition.

IT IS SO ORDERED.

Dated: July 3, 2012

CLAUDIA WILKEN
United States District Judge