IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>           Defendants. | Case No.: 09-cv-0037 CW (JSC)<br><br>**ORDER RE: PLAINTIFFS' MOTION TO COMPEL (Dkt. No. 467)** |

Now pending before the Court is Plaintiffs' Motion to Compel Discovery from Defendant Department of Veterans Affairs ("DVA"). (Dkt. No. 467). The Court finds this matter suitable for disposition without a hearing and hereby vacates the August 23, 2012 hearing pursuant to Civil Local Rule 7-1(b). Having considered the parties' filings and having reviewed the documents at issue *in camera*, the Court DENIES the motion.

The Court has discussed the deliberative process privilege in numerous prior orders and incorporates the discussion and analysis of the privilege from these prior orders by reference.  (Dkt. Nos. 294, 327, 408, 423, 430, 436, 443, 469).  Having reviewed the eight documents submitted for *in camera* review, the Court sustains the claim of deliberative process privilege with respect to each of the disputed documents listed on Defendant's June 28, 2012 privilege log.  The Court finds that these documents are deliberative and that Plaintiffs have not demonstrated a sufficient substantial need to overcome the privilege.  Plaintiffs' Motion to Compel is therefore DENIED.

This Order disposes of Docket No. 467.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE