IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY; DAVID H. PETRAEUS, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; LEON E. PANETTA, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, United States Secretary of Veterans Affairs,<br><br>    Defendants. | No. C 09-0037 CW<br><br>ORDER REGARDING DEFENDANTS' MOTION FOR PARTIAL RELIEF FROM A NON-DISPOSITIVE ORDER OF THE MAGISTRATE JUDGE (Docket No. 471) |

Defendants move for partial relief from the Magistrate Judge's July 19, 2012 Order. The Court will address Defendants' motion in conjunction with their pending motion for leave to file a motion for reconsideration and Plaintiffs' motion for leave to substitute.

    Plaintiffs may file an opposition of ten pages or less to Defendants' motions within seven days of the date of this Order.

    IT IS SO ORDERED.

Dated: 8/2/2012

CLAUDIA WILKEN
United States District Judge