IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY; DAVID H. PETRAEUS, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; LEON E. PANETTA, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, United States Secretary of Veterans Affairs,<br><br>    Defendants. | No. C 09-0037 CW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER (Docket No. 479) |

Having considered Defendants' motion to amend the pretrial scheduling order and Plaintiffs' opposition thereto, the Court finds good cause to amend the scheduling order and sets the following schedule:

| Event | Date |
|---|---|
| Deadline for rebuttal expert reports | November 1, 2012 |

| Completion of expert discovery | November 28, 2012 |
|---|---|
| Plaintiffs' opening dispositive motion due no later than | December 5, 2012, or forty-five days after the Court issues the decision regarding Plaintiffs' motion for class certification, whichever is later[1] |
| Defendants' opposition and any cross-motion (contained in a single brief) due no later than | January 4, 2013 |
| Plaintiffs' reply/opposition to the cross-motion (contained in a single brief) due no later than | February 1, 2013 |
| Defendants' reply to cross-motion due no later than | February 22, 2013 |
| Deadline to hear dispositive motions | March 14, 2013 |
| Further case management conference | March 14, 2013 at 2:00 p.m. |
| Final pretrial conference | July 10, 2013 at 2:00 p.m. |
| Trial to begin (20-day trial) | July 29, 2013 at 8:30 a.m. |

This order terminates Docket No. 479.

IT IS SO ORDERED.

Dated: 8/31/20125

CLAUDIA WILKEN
United States District Judge

---

[1] If the Court's order on Plaintiffs' motion for class certification is issued less than forty-five days before December 5, 2012, the parties shall meet and confer regarding the remainder of the case management dates. Within fourteen days of the Court's order on class certification, the parties shall file a stipulation, or if they are unable to agree, separate proposals for a schedule.

2