JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
BEN PATTERSON (CA SBN 268696)
BPatterson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
Vietnam Veterans of America; Swords to Plowshares:
Veterans Rights Organization; Bruce Price; Franklin
D. Rochelle; Larry Meirow; Eric P. Muth; David C.
Dufrane; Kathryn McMillan-Forrest; Tim Michael
Josephs; and William Blazinski

*Counsel for Defendants Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY *et al.*,<br><br>Defendants. | Case No.   CV 09-0037-CW<br><br>**STIPULATION REGARDING SETTLEMENT JUDGE REFERRAL**<br><br>Complaint filed January 7, 2009 |

1  The parties respectfully request that the Court refer them to Chief Magistrate Judge
2  Elizabeth D. Laporte for a continuation of formal settlement discussions. During the April 5,
3  2012 hearing regarding Plaintiffs' Motion for Class Certification, the Court asked the parties to
4  propose a Magistrate Judge to whom the case could be referred and to propose a date for a further
5  settlement conference before that Magistrate Judge that would occur prior to the date for the
6  hearing on the parties' cross-motions for summary judgment, which is currently set for March 14,
7  2013 at 2:00 p.m.

8  Although the parties have engaged in informal settlement discussions since the April 5
9  hearing, and expect to continue those discussions, consistent with the Court's request, the parties
10  request that Judge Laporte continue as the settlement judge. The parties are available for a
11  settlement conference on March 13, 2013 to the extent Chief Magistrate Judge Laporte is
12  available on that date.

13  Dated:  February 5, 2013                    Respectfully submitted,

14  JAMES P. BENNETT                            IAN GERSHENGORN
    EUGENE ILLOVSKY                                         Deputy Assistant Attorney General
15  STACEY M. SPRENKEL                          MELINDA L. HAAG
    BEN PATTERSON                                           United States Attorney
16

17  MORRISON & FOERSTER LLP

18   */s/ Eugene Illovsky*                          */s/ Joshua E. Gardner*
    EUGENE ILLOVSKY                             JOSHUA E. GARDNER
19                                              Senior Counsel
    Attorneys for Plaintiffs                    KIMBERLY L. HERB
20                                              LILY SARA FAREL
21                                              BRIGHAM JOHN BOWEN
                                                JUDSON O. LITTLETON
22                                              RYAN PARKER
                                                Trial Attorneys
23                                              U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
24                                              P.O. Box 883
25                                              Washington, D.C.  20044
                                                Telephone: (202) 305-7583
26                                              Facsimile: (202) 616-8470
                                                E-mail: joshua.e.gardner@usdoj.gov
27
28                                              Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 2/6/2013

*[signature: Claudia Wilken]*

The Honorable Claudia Wilken
United States District Judge

cc: MagRef; EDL

STIPULATION RE SETTLEMENT JUDGE REFERRAL
CASE NO. CV 09-0037-CW
sf-3246169