1  JAMES P. BENNETT (CA SBN 65179)
   JBennett@mofo.com
2  EUGENE ILLOVSKY (CA SBN 117892)
   EIllovsky@mofo.com
3  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
4  BEN PATTERSON (CA SBN 268696)
   BPatterson@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiffs
   Vietnam Veterans of America; Swords to Plowshares:
9  Veterans Rights Organization; Bruce Price; Franklin
   D. Rochelle; Larry Meirow; Eric P. Muth; David C.
10 Dufrane; Kathryn McMillan-Forrest; Tim Michael
   Josephs; and William Blazinski
11
   *Counsel for Defendants Listed on Signature Page*
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       OAKLAND DIVISION

16

17 VIETNAM VETERANS OF AMERICA *et al.*,   Case No.   CV 09-0037-CW

18            Plaintiffs,                   **JOINT MOTION TO RESCHEDULE
                                            SETTLEMENT CONFERENCE AND
19      v.                                  ORDER**

20 CENTRAL INTELLIGENCE AGENCY *et al.*,    Complaint filed January 7, 2009

21            Defendants.

JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE AND ORDER
CASE NO. CV 09-0037-CW
sf-3249034

On February 6, 2013, the Court granted the parties' request to refer the case to Chief Magistrate Judge Elizabeth D. Laporte for a further settlement conference on March 13, 2013. (Docket No. 505.) The parties have since been informed by Judge Laporte's chambers that Judge Laporte is not available for a settlement conference any day before the March 14, 2013 hearing on the parties' cross-motions for summary judgment (except February 20, which did not work for the parties).

The parties have been informed by Judge Laporte's chambers that Judge Laporte is available for a settlement conference on a mutually agreeable date before the end of May. With the Court's permission, the parties would like to reschedule the settlement conference to a date consistent with Judge Laporte's proposal. The parties have engaged in informal settlement discussions since the April 5, 2012 hearing regarding Plaintiffs' Motion for Class Certification, and expect to continue to do so until the formal settlement conference before Judge Laporte.

Dated: February 11, 2013              Respectfully submitted,

JAMES P. BENNETT                      IAN GERSHENGORN
EUGENE ILLOVSKY                           Deputy Assistant Attorney General
STACEY M. SPRENKEL                    MELINDA L. HAAG
BEN PATTERSON                             United States Attorney

MORRISON & FOERSTER LLP

 /s/ Eugene Illovsky                     /s/ Joshua E. Gardner
EUGENE ILLOVSKY                       JOSHUA E. GARDNER
                                      Senior Counsel
Attorneys for Plaintiffs              KIMBERLY L. HERB
                                      LILY SARA FAREL
                                      BRIGHAM JOHN BOWEN
                                      JUDSON O. LITTLETON
                                      RYAN PARKER
                                      Trial Attorneys
                                      U.S. Department of Justice
                                      Civil Division, Federal Programs Branch
                                      P.O. Box 883
                                      Washington, D.C. 20044
                                      Telephone: (202) 305-7583
                                      Facsimile: (202) 616-8470
                                      E-mail: joshua.e.gardner@usdoj.gov

                                      Attorneys for Defendants

**ORDER**

The Court hereby **GRANTS** the parties' Joint Motion to Reschedule the Settlement Conference. The parties shall coordinate with Chief Magistrate Judge Elizabeth D. Laporte to schedule a settlement conference before the end of May 2013.

**IT IS SO ORDERED. The Magistrate Judge is requested to advise the parties of any earlier date that might become available and the parties are ordered to make themselves available earlier if at all possible.**

Dated:  2/12/2013

_____
The Honorable Claudia Wilken
Chief District Judge, United States District Court
for the Northern District of California

JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE AND ORDER
CASE NO. CV 09-0037-CW