**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIETNAM VETERANS OF AMERICA

        Plaintiff(s),                No. 09-00037 CW (EDL)

    v.                        ORDER EXCUSING ATTENDANCE
                                                  AT SETTLEMENT CONFERENCE

CENTRAL INTELLIGENCE AGENCY

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

      By letter dated April 8, 2013, Individual Plaintiffs Price, Rochelle, Meirow, Muth, Dufrane, Josephs, and Blazinski, and the representative from Plaintiff Vietnam Veterans of America  requested to be excused from personally appearing at the settlement conference scheduled for April 26, 2013. Defendants do not object to this request.

      Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that these Plaintiffs be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on April 26, 2013.

      If the Court concludes that the absence of these Plaintiffs is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including these Plaintiffs.

SO ORDERED.

Dated: April 10, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge