UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIETNAM VETERANS OF AMERICA

        Plaintiff(s),

v.

CENTRAL INTELLIGENCE AGENCY

        Defendant(s).

No. 09-00037 CW (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated April 11, 2013, Defendants have requested that a representative from the Central Intelligence Agency be excused from personally appearing at the settlement conference scheduled for April 26, 2013. Plaintiffs do not object to this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the Central Intelligence Agency representative be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on April 26, 2013.

If the Court concludes that the absence of the Central Intelligence Agency representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: April 12, 2013

                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge