IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; TIM MICHAEL JOSEPHS; and WILLIAM BLAZINSKI, individually, on behalf of themselves and all others similarly situated; SWORDS TO PLOWSHARES: VETERANS RIGHTS ORGANIZATION; BRUCE PRICE; FRANKLIN D. ROCHELLE; LARRY MEIROW; ERIC P. MUTH; DAVID C. DUFRANE; and KATHRYN MCMILLAN-FORREST,<br><br>    Plaintiffs,<br><br>   v.<br><br>CENTRAL INTELLIGENCE AGENCY; JOHN BRENNAN, Director of the Central Intelligence Agency; UNITED STATES DEPARTMENT OF DEFENSE; CHARLES T. HAGEL, Secretary of Defense; UNITED STATES DEPARTMENT OF THE ARMY; JOHN M. MCHUGH, United States Secretary of the Army; UNITED STATES OF AMERICA; ERIC H. HOLDER, Jr., Attorney General of the United States; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and ERIC K. SHINSEKI, United States Secretary of Veterans Affairs,<br><br>    Defendants.<br>_____/ | No. C 09-0037 CW<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION FOR ENLARGEMENT OF PRETRIAL SCHEDULE<br>(Docket No. 527) |

Having considered the papers filed by the parties, the Court GRANTS in part Defendants' motion to enlarge the pretrial schedule.  The trial is hereby continued to August 12, 2013 and the pretrial conference is continued to July 31, 2013.

    IT IS SO ORDERED.

Dated: 6/18/2013

CLAUDIA WILKEN
United States District Judge