IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA et al., | No. C 09-0037-CW |
| Plaintiffs, | NOTICE OF INTENDED AMENDED ORDER, INJUNCTION AND JUDGMENT |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

_____/

Having considered Plaintiffs' Motion for Reconsideration, Plaintiffs' proposed injunction, and Plaintiffs' and Defendants' proposed judgment, the Court intends to deny the Motion for Reconsideration and enter the attached amended order, injunction and judgment. Defendants may The parties have three days to comment on the proposed changes to the amended order, which appear at pp. 47-51, and the proposed injunction and judgment, in a briefs not to exceed five pages, to be filed as soon as circumstances allow but no later than five days after an appropriation or continuing resolution goes into effect. Plaintiffs may respond no later than five days thereafter.   .

IT IS SO ORDERED.

Dated: 10/11/2013

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California