IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, et al., <br>  Defendants. | No. C 09-0037-CW <br><br> JUDGMENT |

This matter came before the Court on Plaintiffs' motion for partial summary judgment and Defendants' cross-motion for summary judgment. On July 24, 2013, the Court issued an Order granting, in part, and denying, in part, Plaintiffs' motion for partial summary judgment and granting, in part, and denying, in part, Defendants' cross-motion for summary judgment. (Docket No. 537.) An Amended Order issued subsequently. Based on the Amended Order, and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

IT IS HEREBY ADJUDGED AS FOLLOWS:

1. Judgment is entered for Plaintiffs on their claim, pursuant to the Administrative Procedures Act (APA), that Defendant Department of the Army (Army) has an ongoing duty to warn class members of any information acquired after the last notice was provided, and in the future, that may affect their well-being, when that information becomes available (Notice Claim). The Court declares that the Army has an obligation under AR 70-25 to warn individuals who, while serving in the armed forces, were test subjects in any testing program in which humans were exposed to a

chemical or biological substance for the purpose of studying or observing the effects of such exposure (that was sponsored, overseen, directed, funded, and/or conducted by the Department of the Army) of any information acquired after the last notice was provided, and in the future, that may affect their well-being, when that information becomes available. Plaintiffs are entitled to an injunction on that Notice Claim and such injunction shall issue.

2. Plaintiffs' claims that the Department of Defense and the Department of the Army, rather than the DVA, must provide medical care are adjudicated against Plaintiffs and in favor of Defendants.

3. The remainder of Plaintiffs' claims are adjudicated against Plaintiffs and in favor of Defendants.

4. The issues of fees and other awardable expenses will be reserved until after appeal.

IT IS SO ORDERED.

Dated: 11/19/2013

CLAUDIA WILKEN
United States District Judge