IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY; et al., <br><br> Defendants. | No. C 09-0037 CW <br><br> ORDER DIRECTING PARTIES TO MEET AND CONFER |

   On January 26, 2016, the Ninth Circuit panel filed an amended opinion affirming in part and reversing in part this Court's judgment and injunction.  Specifically, the Ninth Circuit reversed this Court's denial of injunctive relief compelling the provision of medical care by the Army.

   The parties are ordered to meet and confer regarding the Ninth Circuit's opinion.  If the parties are able to reach agreement on the form of an injunction consistent with the Ninth Circuit's opinion, they shall file a stipulated injunction within twenty-eight days of the date of this order.  If they are unable to reach agreement each party shall file its proposed form of injunction within thirty-five days of the date this order.  On the same date, each party shall file a brief of no more than ten

pages, explaining why the Court should adopt its proposal and why it objects to the other party's proposal.

IT IS SO ORDERED.

Dated: February 8, 2016

CLAUDIA WILKEN
United States District Judge

2