IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIETNAM VETERANS OF AMERICA et al.,

      Plaintiffs,

  v.

CENTRAL INTELLIGENCE AGENCY, et al.,

      Defendants.
_____/

No. C 09-0037-CW

AMENDED JUDGMENT

On remand from the Ninth Circuit Court of Appeals,

IT IS HEREBY ADJUDGED AS FOLLOWS:

1. Judgment is entered for Plaintiffs on their claim, pursuant to the Administrative Procedures Act (APA), that Defendant Department of the Army (Army) has an ongoing duty to warn class members of any information acquired after the last notice was provided, and in the future, that may affect their well-being, when that information becomes available (Notice Claim). The Court declares that the Army has an obligation under AR 70-25 to warn individuals who, while serving in the armed forces, were test subjects in any testing program in which humans were exposed to a chemical or biological substance for the purpose of studying or observing the effects of such exposure (that was sponsored, overseen, directed, funded, and/or conducted by the Department of the Army) of any information acquired after the last notice was provided, and in the future, that may affect their well-being, when that information becomes available. Plaintiffs are entitled

to an injunction on that Notice Claim and such injunction has issued.

2.   Judgment is entered for Plaintiffs on their claim, pursuant to the APA, that Defendant Department of the Army has an ongoing duty to provide medical care for diseases or conditions proximately caused by their participation as research subjects in the Army's chemical or biological substance testing programs (Medical Care Claim).  The Court declares that the Army has an obligation under AR 70-25 to provide medical care to individuals who, while serving in the armed forces, were test subjects in any testing program in which humans were exposed to a chemical or biological substance for the purpose of studying or observing the effects of such exposure (that was sponsored, overseen, directed, funded, and/or conducted by the Department of the Army) for any diseases or conditions proximately caused by their participation in such testing.  Plaintiffs are entitled to an injunction on that Medical Care Claim and such injunction has issued.

3.   The remainder of Plaintiffs' claims are adjudicated against Plaintiffs and in favor of Defendants.

4.   The issues of fees and other awardable expenses will be reserved.

IT IS SO ORDERED.

Dated: April 19, 2017

CLAUDIA WILKEN
United States District Judge